# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing, an individual

                                    *Plaintiff*

                    V.

See Attachment

                                    *Defendant*

Civil Action No. 18cv1063-AJB-AGS

**FILED**
JUN 11 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

First Premier Funding, LLC
MK Consulting I, Inc
54 Merron Road, PO Box 723,
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/29/18

John Morrill
*CLERK OF COURT*
S/            L. Cervantes
          *Signature of Clerk or Deputy Clerk*

**Civil Action No.** 18cv1063-AJB-AGS                    Date Issued: 5/29/18

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **First Premier Funding, LLC**
was received by me on *(date)* **6/11/2018**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: **See attached.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: **6/11/2018**

*Server's Signature* (Jocelyn Segura)

**Jocelyn Segura, CA Reg. Process Server #3237**
*Printed name and title*

**3077 Clairemont Dr #372, San Diego, CA 92117**
*Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 18cv1063-AJB-AGS

8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company;
Richard Waldman, an individual;
R. Scott International Corp., Florida Corporation;
RFR Capital, LLC, a Delaware limited liability company;
Robert Signore, an individual;
Fast Advance Funding, LLC, a Pennsylvania limited liability company;
Anthony Gibson, an individual;
First Premier Funding, LLC, a Delaware limited liability company;
Anthony J. Gaglio, an individual;
First Union Lending, LLC, a Florida limited liability company;
Timur Shamsutdinov, an individual;
FIG Capital, LLC, a Delaware limited liability company;
Michael Scarpaci, an individual;
Premium Merchant Funding One, LLC, a New York limited liability company;
Elie Golshan, an individual;

1 Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
2 (619) 719-9640
anton@antonewing.com
3

4 Plaintiff In Pro Per

5

6 **THE UNITED STATES FEDERAL DISTRICT COURT**

7 **SOUTHERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| Anton Ewing,<br><br>     Plaintiff,<br><br>     vs.<br><br>8 Figure Dream Lifestyle, a Wyoming limited liability company;<br>Richard Waldman, an individual;<br>R. Scott International Corp, a Florida corporation;<br>RFR Capital, LLC, a Delaware limited liability company;<br>Robert Signore, an individual;<br>Fast Advance Funding, LLC, a Pennsylvania limited liability company;<br>Anthony Gibson, an individual;<br>First Premier Funding, LLC, a Delaware limited liability company;<br>Anthony J. Gaglio, an individual;<br>First Union Lending, LLC, a Florida limited liability company;<br>Timur Shamsutdinov, an individual;<br>FIG Capital, LLC, a Delaware limited liability company;<br>Michael Scarpaci, an individual; | Civil Case No. 18-cv-1063-AJB-AGS<br><br>**PROOF OF SERVICE ON, FIRST PREMIER FUNDING, LLC, A DELAWARE LIMITED LIABILITY COMPANY, WITHIN THE UNITED STATES** |

PROOF OF SERVICE

Premium Merchant Funding One, LLC, )
a New York limited liability company; )
Elie Golshan, an individual. )
        Defendants. )

I, Jocelyn Segura, declare as follows:

1. At the time of service, I was at least 18 years of age and **not a party to this lawsuit.**

2. I served copies of the summons, complaint, Notice of a Lawsuit and Request to Waive Service of a Summons, Civil Cover Sheet, Waiver of Service of Summons, and Self Addressed Stamped Envelope (hereinafter referred to as "copies").

3. I served the defendant First Premier Funding, LLC, a Delaware limited liability company

4. I served the copies on June 1, 2018 by:

    a. **Mail Service on a Defendant located outside California** in compliance with the California Code of Civil Procedure. I mailed copies to the defendant, located outside of California, via certified or registered mail, first class postage prepared to:

PROOF OF SERVICE

18cv1063

**First Premier Funding, LLC, a Delaware limited liability company, MK Consulting I, Inc., 54 Merion RD PO Box 723, Dover, DE 19904 Tracking# 9590 9402 1833 6104 3091 50**

A copy of the signed return receipt is attached.

**5.** My name, address, and telephone number are: Jocelyn Segura, 3077 B Clairemont Drive, San Diego, CA 92117. 619-719-9640

**6.** I am a registered California process server with license number 3237.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2018 in the county of San Diego, CA.

*/s/ Jocelyn Segura*

Jocelyn Segura, #3237

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First Premier Funding, LLC
MK Consulting I, Inc.,
54 Menlon Rd. PO Box 723,
Dover, DE 19904

9590 9402 1833 6104 3091 50

2. Article Number (Transfer from service label)

7017 0190 0000 4073 0173

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUN 06 2018

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING #

9590 9402 1833 6104 3091 50

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

Anton Ewing
3077 Claremont Dr. #372
San Diego, CA 92117