1  DAVID J. KAMINSKI (SBN 128509)
   kaminskid@cmtlaw.com
2  STEPHEN A. WATKINS (SBN 205175)
   watkinss@cmtlaw.com
3  CARLSON & MESSER LLP
4  5901 W. Century Boulevard, Suite 1200
   Los Angeles, California 90045
5  (310) 242-2200 Telephone
6  (310) 242-2222 Facsimile
   Attorneys for Defendants
7  FIRST UNION LENDING, LLC and
   TIMUR SHAMSUTDINOV
8

9
                UNITED STATES DISTRICT COURT
10
                SOUTHERN DISTRICT OF CALIFORNIA
11

12

13 | Anton Ewing, an individual,                    ) CASE NO. 3:18-cv-01063-AJB-AGS
14 |                                                )
15 |              Plaintiff,                        ) **DEFENDANT FIRST UNION**
   |      v.                                       ) **LENDING, LLC AND TIMUR**
16 |                                                ) **SHAMSUTDINOV'S NOTICE OF**
17 | 8 Figure Dream Lifestyle, LLC, a              ) **MOTION AND MOTION TO**
   | Wyoming limited liability company;            ) **DISMISS COMPLAINT**
18 | Richard Waldman, an individual;               )
19 | R. Scott International Corp., Florida         ) **Date:   August 30, 2018**
   | corporation;                                  ) **Time: 2:00 p.m.**
20 |                                                ) **Judge: Hon. Anthony J. Battaglia**
21 | RFR Capital, LLC, a Delaware                  ) **Ctrm: 4A**
   | limited                                       )
22 | liability company;                            )
23 | Robe1t Signore, an individual.,               )
24 |                                                )
   | Fast Advance Funding, LLC, a                  )
25 | Pennsylvania limited liability                )
26 | company; Anthony Gibson, an                   )
   | individual;                                   )
27 |                                                )
28

{00094984;1}                      1

| | |
|---|---|
| First Premier Funding, LLC, a Delaware limited liability company; Anthony J. Gaglio, an individual; | ) ) ) ) ) |
| First Union Lending, LLC, a Florida limited liability company; Timur Shamsutdinov, an individual | ) ) ) ) |
| FIG Capital, LLC, a Delaware limited liability company; Michael Scarpaci, an individual; | ) ) ) ) |
| Premium Merchant Funding One, LLC, a New York limited liability company; Elie Golshan, an individual; | ) ) ) ) ) |
| Defendant | ) ) ) |

**TO THE COURT, EACH PARTY, AND TO THE ATTORNEY OF RECORD FOR EACH PARTY IN THIS ACTION:**

NOTICE IS HEREBY GIVEN that on August 30, at 2:00 p.m., in Courtroom 4A, 221 West Broadway, San Diego, CA 92101, or as soon thereafter as counsel may be heard, Defendants First Union Lending, LLC and Timur Shamsutdinov (the "First Union Defendants") will move for an order to dismiss with prejudice the Complaint filed by Plaintiff Anton Ewing pursuant to Fed. R. Civ. P. 12(b)(6).

The motion to dismiss Plaintiff's individual claims pursuant to Fed. R. Civ. P. 12(b)(6) is made upon the following grounds:

Plaintiff's claims for Racketeer Influenced and Corrupt Organizations Act,18 U.S.C. §1961 et seq. ("RICO")), Telephone Consumer Protection Act, 47 U.S.C. §

227 et seq. ("TCPA") and California's Invasion of Privacy Act, Cal. Penal Code § 630 et seq. ("CIPA") claims are not pleaded with sufficient specificity, primarily because they only refer to "Defendants" in the collective;

Ewing's RICO claim also fails because he does not allege sufficient injury and causation, he fails to plead a pattern of racketeering activity, he fails to allege wire and/or mail fraud, money laundering, extortion or any other predicate act under RICO, he does not establish that the First Union defendants collected an unlawful debt under RICO, and he has not properly pled RICO conspiracy.

This motion and joinder are based upon this Notice of Motion, Memorandum of Points and Authorities, the pleadings, records and files in this action, the Proposed Order and upon all oral and documentary evidence presented at the hearing of this Motion.

Dated:  June 26, 2018                              **CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
    David J. Kaminski
    Stephen A. Watkins
    Attorneys for Defendants,
    FIRST UNION LENDING, LLC
    And TIMUR SHAMSUTDINOV

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2018 a true and correct copy of the foregoing DEFENDANT FIRST UNION LENDING, LLC AND TIMUR SHAMSUTDINOV'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT, was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Anton Ewing<br>3077 B Clairemont Drive #372<br>San Diego, CA 92117<br>619-719-9640<br>Email: anton@antonewing.com<br>PRO SE | |

Dated:  June 26, 2018                               **CARLSON & MESSER LLP**

                                                    By: /s/ David J. Kaminski
                                                        David J. Kaminski
                                                        Attorneys for Defendants,
                                                        FIRST UNION LENDING, LLC
                                                        And TIMUR SHAMSUTDINOV