DAVID J. KAMINSKI (SBN 128509)
kaminskid@cmtlaw.com
STEPHEN A. WATKINS (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendants
FIRST UNION LENDING, LLC and
TIMUR SHAMSUTDINOV

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual, | CASE NO. 3:18-cv-01063-AJB-AGS |
| Plaintiff, | **DEFENDANT FIRST UNION LENDING, LLC AND TIMUR SHAMSUTDINOV'S NOTICE OF MOTION AND MOTION TO DECLARE ANTON EWING A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER PURSUANT TO 28 USC SECTION 1651** |
| v. | |
| 8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation; | |
| RFR Capital, LLC, a Delaware limited liability company; Robe1t Signore, an individual., | **Date: August 30, 2018**<br>**Time: 2:00 p.m.**<br>**Judge: Hon. Anthony J. Battaglia**<br>**Ctrm: 4A** |
| Fast Advance Funding, LLC, a Pennsylvania limited liability company; Anthony Gibson, an individual; | |

{00094993;1}

1

NOTICE OF MOTION AND MOTION TO DECLARE ANTON EWING
A VEXATIOUS LITIGANT
18-cv-1063-AJB-AGS

| | |
|---|---|
| First Premier Funding, LLC, a Delaware limited liability company; Anthony J. Gaglio, an individual; | )<br>)<br>)<br>)<br>) |
| First Union Lending, LLC, a Florida limited liability company; Timur Shamsutdinov, an individual | )<br>)<br>)<br>) |
| FIG Capital, LLC, a Delaware limited liability company; Michael Scarpaci, an individual; | )<br>)<br>)<br>) |
| Premium Merchant Funding One, LLC, a New York limited liability company; Elie Golshan, an individual; | )<br>)<br>)<br>)<br>) |
| Defendant | )<br>)<br>) |

**TO THE COURT, EACH PARTY, AND TO THE ATTORNEY OF RECORD FOR EACH PARTY IN THIS ACTION:**

NOTICE IS HEREBY GIVEN that on August 30, 2018, at 2:00 p.m., in Courtroom 4A, 221 West Broadway, San Diego, CA 92101, or as soon thereafter as counsel may be heard, Defendants First Union Lending, LLC and Timur Shamsutdinov (the "First Union Defendants") will, and hereby do, move the Court for an order (1) declaring Plaintiff Anton Ewing a vexatious litigant, and (2) prohibiting Anton Ewing from filing any future actions against the First Union Defendants or anyone affiliated with First Union in this Court without first obtaining leave of the Chief District Judge or the Duty Judge of this Court. The motion is made pursuant to 28 United States Code Section 1651.

This motion is made on the grounds that Ewing has repeatedly filed meritless actions and motions, in both this Court and the Superior Court for the San Diego, and that such repetitive actions are initiated solely for purposes of harassment, so that the courts of the State of California have already designated Ewing as a vexations litigant, and have issued similar pre-filing orders against him.

This motion is based on this Notice of Motion, Memorandum of Points and Authorities, the pleadings, records and files in this action, Request for Judicial Notice, and upon all oral and documentary evidence presented at the hearing of this Motion.

Dated:  June 26, 2018

**CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
   David J. Kaminski
   Stephen A. Watkins
   Attorneys for Defendants,
   FIRST UNION LENDING, LLC
   And TIMUR SHAMSUTDINOV

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2018 a true and correct copy of the foregoing DEFENDANT FIRST UNION LENDING, LLC AND TIMUR SHAMSUTDINOV'S NOTICE OF MOTION AND MOTION TO DECLARE ANTON EWING A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER PURSUANT TO 28 USC SECTION 1651, was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

| Anton Ewing<br>3077 B Clairemont Drive #372<br>San Diego, CA 92117<br>619-719-9640<br>Email: anton@antonewing.com<br>PRO SE | |

Dated:  June 26, 2018

        **CARLSON & MESSER LLP**

        By: /s/ David J. Kaminski
            David J. Kaminski
            Attorneys for Defendants,
            FIRST UNION LENDING, LLC
            And TIMUR SHAMSUTDINOV