DAVID J. KAMINSKI (SBN 128509)
kaminskid@cmtlaw.com
STEPHEN A. WATKINS (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendants
FIRST UNION LENDING, LLC and
TIMUR SHAMSUTDINOV

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual, | CASE NO. 3:18-cv-01063-AJB-AGS |
| Plaintiff, | **DEFENDANT FIRST UNION LENDING, LLC AND TIMUR SHAMSUTDINOV'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DECLARE ANTON EWING A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER PURSUANT TO 28 USC SECTION 1651** |
| v. | |
| 8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation; | |
| RFR Capital, LLC, a Delaware limited liability company; Robe1t Signore, an individual., | **Date: August 30, 2018** <br> **Time: 2:00 p.m.** <br> **Judge: Hon. Anthony J. Battaglia** <br> **Ctrm: 4A** |
| Fast Advance Funding, LLC, a Pennsylvania limited liability company; Anthony Gibson, an individual; | |

{00095022;1}

1

|   |   |   |
|---|---|---|
| First Premier Funding, LLC, a Delaware limited liability company; Anthony J. Gaglio, an individual;<br><br>First Union Lending, LLC, a Florida limited liability company; Timur Shamsutdinov, an individual<br><br>FIG Capital, LLC, a Delaware limited liability company; Michael Scarpaci, an individual;<br><br>Premium Merchant Funding One, LLC, a New York limited liability company; Elie Golshan, an individual;<br><br>          Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |   |

**TO THE COURT, EACH PARTY, AND TO THE ATTORNEY OF RECORD FOR EACH PARTY IN THIS ACTION:**

Defendant FIRST UNION LENDING, LLC and TIMUR SHAMSUTDINOV hereby requests that the Court take judicial notice of the following documents pursuant to F.R.E. 201.

Ex. 1 – December 2017 prefiling vexatious litigant orders in *Ewing v. Taylor,* 37-2017-00022988CUBTCLT(S.D. Sup. Ct.); *Ewing v. Parker* 37-2016-00028312CUBTCTL(S.D. Sup. Ct.); and *Ewing v. Monster Solar Inc.*, 37-2016-0038027-CUBTCLT (S.D. Sup. Ct.)

Ex. 2 – Notice of Rulings in *Ewing v. A1 Solar Power, Inc.*, 37-2015-00035326-CU-BT-CTL.

Exhs 3-16, Dockets and Complaints in the following cases.

| Ex. | Case Name/No. | Date Filed |
|---|---|---|
| 3 | *Ewing v. Flora* 3:14-cv-02925-AJB-NLS (S.D. Cal.) | 12/11/14 |
| 4 | *Ewing v. A1 Solar*, 37-2015-00035326-CU-BT-CTL (S.D. Sup. Ct.) | 10/20/15 |
| 5 | *Ewing v. A1 Solar Power, Inc.* 3:15-CV-02695-LAB-DHB (S.D. Cal.) | 12/01/2015 |
| 6 | *Ewing v. K2 Property Development, LLC et al.* 3:16-CV-00678-LAB-AGS(S.D. Cal.) | 03/21/2016 |
| 7 | *Ewing v. Lend Mark Capital Group Inc. et al.* 3:16-CV-00967-BAS-NLS(S.D. Cal.) | 04/21/2016 |
| 8 | *Ewing v. Integrity Capital Solutions, Inc. et al.* 3:16-CV-01469-JLS-MDD (S.D. Cal.) | 06/14/2016 |
| 9 | *Ewing v. SQM,* 3:16-CV-01609-CAB-JLB (S.D. Cal.) | 06/23/2016 |
| 10 | *Ewing v. Parker,* 37-2016-00028312CUBTCTL(S.D. Sup. Ct.) | 8/16/16 |
| 11 | *Ewing et al. v. Jarvey et al.* 3:16-CV-02097-AJB-NLS (S.D. Cal.) | 08/18/2016 |
| 12 | *Osgood et al v. Main Streat Marketing, LLC et al* 3:16−cv−02415−GPC−BGS S.D. Cal.) | 9/26/16 |

| Ex. | Case Name/No. | Date Filed |
|-----|---------------|------------|
| 13 | *Ewing v. Monster Solar Inc.*, 37-2016-0038027-CUBTCLT (S.D. Sup. Ct.) | 10/27/2016 |
| 14 | *Ewing v. Charter Communications Holding Company, LLC et al.* 3:17-CV-00222-BEN-WVG (S.D. Cal.) | 02/03/2017 |
| 15 | *Ewing v. Taylor* 37201700022988CUBTCLT S.D. Sup. Ct.) | 6/23/17 |
| 16 | *Ewing v. Dennis Arroyo/ Dennis Cage and First Union*, 3:18−cv−01212−AJB−BGS (S.D. Cal.) | |

Dated:  June 26, 2018

**CARLSON & MESSER LLP**

By: /s/ David J. Kaminski

David J. Kaminski
Stephen A. Watkins
Attorneys for Defendants,
FIRST UNION LENDING, LLC
And TIMUR SHAMSUTDINOV

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2018 a true and correct copy of the foregoing DEFENDANT FIRST UNION LENDING, LLC AND TIMUR SHAMSUTDINOV'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DECLARATE ANTON EWING A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER PURSUANT TO 28 USC SECTION 1651, was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Anton Ewing<br>3077 B Clairemont Drive #372<br>San Diego, CA 92117<br>619-719-9640<br>Email: anton@antonewing.com<br>PRO SE | |

Dated:  June 26, 2018          **CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
          David J. Kaminski
          Attorneys for Defendants,
          FIRST UNION LENDING, LLC
          And TIMUR SHAMSUTDINOV

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION TO DECLARE ANTON EWING
A VEXATIOUS LITIGANT
18-cv-1063-AJB-AGS