# EXHIBIT 1

{Exhibit numbers:1}

MC-700

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>(To be completed only if a party is making the motion)<br>NAME:<br>FIRM NAME:<br>STREET ADDRESS:<br>CITY:<br>TELEPHONE NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (name): | STATE BAR NO.:<br><br><br><br>STATE:        ZIP CODE:<br>FAX NO.: | FOR COURT USE ONLY<br><br>F I L E D<br>Clerk of the Superior Court<br><br>DEC 0 5 2017<br><br>By: T. STEPPAT |
|---|---|---|
| ☐ COURT OF APPEAL,    APPELLATE DISTRICT, DIVISION<br>☒ SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 330 W BROADWAY<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101<br>BRANCH NAME: CENTRAL COURTHOUSE | | |
| CASE NAME:<br>Anton Ewing vs. Kevin Taylor | | |
| **PREFILING ORDER—VEXATIOUS LITIGANT** | | CASE NUMBER:<br>37-2017-00022988-CU-BT-CTL |

1. Name and address of each plaintiff or cross-complainant or other party subject to this prefiling order:

   Anton Ewing
   3077 Clairemont Drive, #372
   San Diego, CA 92117

2. This prefiling order is entered pursuant to a motion made by ☒ the court   ☐ party (name):

3. The person or persons identified in item 1, unless represented by an attorney, are prohibited from filing any new litigation in the courts of California without approval of the presiding justice or presiding judge of the court in which the action is to be filed.

4. The clerk is ordered to provide a copy of this order to the California Judicial Council by fax at 415-865-4329 or by mail at the address below.

   Vexatious Litigant Prefiling Orders
   Judicial Council of California
   455 Golden Gate Avenue
   San Francisco, California 94102-3688

Date: 12/5/17

JUDICIAL OFFICER
Timothy B. Taylor

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
MC-700 [Rev. January 1, 2016]

**PREFILING ORDER—VEXATIOUS LITIGANT**

Code of Civil Procedure, § 391.7
www.courts.ca.gov

MC-700

| ATTORNEY OR PARTY WITHOUT ATTORNEY: *(To be completed only if a party is making the motion)* NAME:<br>FIRM NAME:<br>STREET ADDRESS:<br>CITY:   STATE:   ZIP CODE:<br>TELEPHONE NO.:   FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR *(name)*: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|

☐ COURT OF APPEAL, APPELLATE DISTRICT, DIVISION
☒ SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 W BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: CENTRAL COURTHOUSE

CASE NAME:
Ewing vs. Parker

F I L E D
Clerk of the Superior C
DEC 05 2017
By: T. STEPPAT

**PREFILING ORDER—VEXATIOUS LITIGANT**

CASE NUMBER:
37-2016-00028312-CU-BT-CTL

1. Name and address of each plaintiff or cross-complainant or other party subject to this prefiling order:

   Anton Ewing
   3077 Clairemont Drive, #372
   San Diego, CA 92117

2. This prefiling order is entered pursuant to a motion made by ☒ the court   ☐ party *(name)*:

3. The person or persons identified in item 1, unless represented by an attorney, are prohibited from filing any new litigation in the courts of California without approval of the presiding justice or presiding judge of the court in which the action is to be filed.

4. The clerk is ordered to provide a copy of this order to the California Judicial Council by fax at 415-865-4329 or by mail at the address below.

   Vexatious Litigant Prefiling Orders
   Judicial Council of California
   455 Golden Gate Avenue
   San Francisco, California 94102-3688

Date: 12/5/17

_____
JUDICIAL OFFICER
Timothy B. Taylor

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
MC-700 [Rev. January 1, 2016]

PREFILING ORDER—VEXATIOUS LITIGANT

Code of Civil Procedure, § 391.7
www.courts.ca.gov

MC-700

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>(To be completed only if a party is making the motion)<br>NAME:<br>FIRM NAME:<br>STREET ADDRESS:<br>CITY:                STATE:     ZIP CODE:<br>TELEPHONE NO.:        FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (name): | STATE BAR NO.: | FOR COURT USE ONLY<br><br>F I L E D<br>Clerk of the Superior Court<br><br>DEC 0 5 2017<br><br>By: T. STEPPAT |
|---|---|---|

☐ COURT OF APPEAL,   APPELLATE DISTRICT, DIVISION
☒ SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 W BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: CENTRAL COURTHOUSE

CASE NAME:
Anton Ewing vs. Monster Solar Inc

| PREFILING ORDER—VEXATIOUS LITIGANT | CASE NUMBER:<br>37-2016-00038027-CU-BT-CTL |
|---|---|

1. Name and address of each plaintiff or cross-complainant or other party subject to this prefiling order:

   Anton Ewing
   3077 Clairemont Drive, #372
   San Diego, CA 92117

2. This prefiling order is entered pursuant to a motion made by ☒ the court   ☐ party (name):

3. The person or persons identified in item 1, unless represented by an attorney, are prohibited from filing any new litigation in the courts of California without approval of the presiding justice or presiding judge of the court in which the action is to be filed.

4. The clerk is ordered to provide a copy of this order to the California Judicial Council by fax at 415-865-4329 or by mail at the address below.

   Vexatious Litigant Prefiling Orders
   Judicial Council of California
   455 Golden Gate Avenue
   San Francisco, California 94102-3688

Date: 12/5/17

_signature_
JUDICIAL OFFICER
Timothy B. Taylor

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
MC-700 [Rev. January 1, 2016]

PREFILING ORDER—VEXATIOUS LITIGANT

Code of Civil Procedure, § 391.7
www.courts.ca.gov