Craig J. Mariam  (SBN: 225280)
cmariam@grsm.com
Rhonda R. Adato (SBN: 292325)
radato@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 696-6700
Facsimile:  (877) 306-0043

Attorneys for Defendants RFR Capital, LLC and Robert Signore

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>8 FIGURE DREAM LIFESTYLE, LLC, A WYOMING LIMITED LIABILITY COMPANY; RICHARD WALDMAN, AN INDIVIDUAL; R. SCOTT INTERNATIONAL CORP., FLORIDA CORPORATION, ET AL.<br><br>Defendants. | CASE NO.  3:18-cv-01063-AJB-AGS<br><br>*Honorable Anthony J. Battaglia*<br><br>*Magistrate Judge Andrew G. Schopler*<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT AS TO RFR CAPITAL, LLC AND ROBERT SIGNORE**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; [Proposed] Order]*<br><br>Hearing Date: August 30, 2018<br>Time: 2:00 p.m.<br>Courtroom: 4A |

TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 30, 2018, or as soon thereafter as the matter may be heard in Department Courtroom 4A of the above-entitled Court, located at 221 West Broadway, Suite 4135, San Diego, CA 92101, defendants RFR

Capital, LLC ("RFR") and Robert Signore will and hereby do move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing, with prejudice, the second cause of action set forth in plaintiff Anton Ewing's Complaint for Racketeer Influenced and Corrupt Organizations ("RICO") conspiracy, 18 U.S.C. § 1964(c)[1] against them for failure to state a claim upon which relief can be granted.  RFR and Mr. Signore additionally move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint's second cause of action against them on the grounds that plaintiff has no statutory standing to assert a violation under RICO, as he has failed to allege an injury and causation.  *See*, *Osgood v. Main Streat Mktg., LLC*, 2017 U.S. Dist. LEXIS 5625, *18-20 (S.D. Cal. 2017).

Pursuant to the Local Rules, and the Court's Standing Order for Civil Cases, there will be no oral argument on the assigned hearing date, unless the parties are otherwise notified by or through the Court.  RFR and Mr. Signore do not request oral argument in connection with the instant Motion.

The Motion to Dismiss is made on the following grounds, and as more fully explained in the accompanying Memorandum of Points & Authorities, RFR and Mr. Signore state:

1. The Complaint's second cause of action for RICO Conspiracy fails to state a claim upon which relief may be granted against RFR and Mr. Signore pursuant to Federal Rule of Civil Procedure 12(b)(6) because the Complaint fails to satisfy the requisite elements of the predicate acts of wire fraud, money laundering, extortion, or unlawful debt collection.  The Complaint also improperly bases its RICO allegation on "illegal international spam calling," which is not defined as a predicate act by 18 U.S.C. Section 1961(1) in the first instance.

---

[1] The Complaint's cause of action for RICO Conspiracy is listed as the first cause of action in the caption of the Complaint, but is also listed as the second cause of action in the body of the Complaint.  For ease of reference, it is referred to within the instant Motion as the Complaint's second cause of action.

2. The Complaint fails to set forth a claim upon which relief may be granted for RICO conspiracy or enterprise pursuant to 18 U.S.C. Section 1962(c) and (d). Specifically, the Complaint fails to allege that RFR and Mr. Signore participated "in the operation or management of the [alleged] enterprise itself," or that they held any type of managerial role in same. As such, the Complaint fails to set forth requisite facts to satisfy the pleading standard for a claim pursuant to subdivision (c) or (d). *See*, *Graf v. Peoples*, 2008 U.S. Dist. LEXIS 78919, *20-22 (C.D. Cal. 2008).

3. Plaintiff lacks statutory standing pursuant to Federal Rule of Civil Procedure 12(b)(6) to assert a violation under RICO because he has failed to allege an injury and causation. Plaintiff's allegations of an "injury" are rote recitations of the elements of a RICO claim. Such conclusory assertions are inadequate to satisfy the relevant pleading standard. *Osgood v. Main Streat Mktg., LLC*, 2017 U.S. Dist. LEXIS 5625, *19-20 (S.D. Cal. 2017).

4. The Complaint's second cause of action for RICO Conspiracy fails to state a claim upon which relief may be granted against RFR and Mr. Signore pursuant to Federal Rule of Civil Procedure 12(b)(6) because plaintiff fails to allege that RFR and Mr. Signore engaged in two or more predicate acts within the meaning of the RICO statute. The Complaint merely alleges that RFR and Mr. Signore placed telephone calls to plaintiff on a single day, which does not constitute a predicate RICO act as a matter of law. Such alleged conduct also does not amount to a "pattern" of predicate acts. *Sea-Land Serv. v. Atlantic Pac. Int'l*, 61 F. Supp. 2d 1102, 1115 (D. Haw. 1999).

///
///
///
///
///

| | |
|---|---|
| 1 | This motion is based upon this Notice of Motion and Motion and the |
| 2 | attached Memorandum of Points and Authorities, all pleadings and other records |
| 3 | on file in this action, and such further evidence and arguments as may be presented |
| 4 | at any hearing on the motion. |

Respectfully submitted,

Dated: June 28, 2018                    GORDON REES SCULLY
                                        MANSUKHANI, LLP

                                        By:  */s/ Craig J. Mariam*
                                             Craig J. Mariam
                                             Rhonda R. Adato
                                             Attorneys for Defendants RFR
                                             Capital, LLC and Robert Signore

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, and sent a copy of the foregoing document via first class mail, postage prepaid, addressed to:

| | |
|---|---|
| Anton Ewing<br>3077 B Clairemont Drive #372<br>San Diego, CA 92117<br>(619) 719-9640<br>Email: anton@antonewing.com | Plaintiff In Pro Per |
| David J Kaminski<br>CARLSON AND MESSER<br>5901 West Century Boulevard<br>Suite 1200<br>Los Angeles, CA 90045<br>(310)242-2200<br>Fax: (310)242-2222<br>Email: kaminskid@cmtlaw.com | Defendants<br>First Premier Funding, LLC; First Union Lending, LLC; Timur Shamsutdinov |

By:  /s/ *Craig J. Mariam*
         Craig J. Mariam