1  DAVID J. KAMINSKI (SBN 128509)
   kaminskid@cmtlaw.com
2  STEPHEN A. WATKINS (SBN 205175)
   watkinss@cmtlaw.com
3  CARLSON & MESSER LLP
4  5901 W. Century Boulevard, Suite 1200
   Los Angeles, California 90045
5  (310) 242-2200 Telephone
6  (310) 242-2222 Facsimile
   *Attorneys for Defendants*
7  *FIRST UNION LENDING, LLC and*
   *TIMUR SHAMSUTDINOV*
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual, | CASE NO. 3:18-cv-01063-AJB-AGS |
| Plaintiff, | **NOTICE OF APPEARANCE OF** |
| v. | **STEPHEN A. WATKINS** |
| 8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation; | |
| RFR Capital, LLC, a Delaware limited liability company; Robert Signore, an individual., | |
| Fast Advance Funding, LLC, a Pennsylvania limited liability company; Anthony Gibson, an individual; | |

{00096228;1}                     1

| | |
|---|---|
| First Premier Funding, LLC, a Delaware limited liability company; Anthony J. Gaglio, an individual; | ) ) ) ) |
| First Union Lending, LLC, a Florida limited liability company; Timur Shamsutdinov, an individual | ) ) ) ) |
| FIG Capital, LLC, a Delaware limited liability company; Michael Scarpaci, an individual; | ) ) ) ) |
| Premium Merchant Funding One, LLC, a New York limited liability company; Elie Golshan, an individual; | ) ) ) ) ) |
| Defendants. | ) ) ) |

PLEASE TAKE NOTICE that Stephen A. Watkins hereby enters his appearance as counsel of record for Defendant FIRST UNION LENDING, LLC and TIMUR SHAMSUTDINOV.

Dated:  July 13, 2018

**CARLSON & MESSER LLP**

s/ Stephen A. Watkins
David J. Kaminski
Stephen A. Watkins
*Attorneys for Defendants,*
*FIRST UNION LENDING, LLC*
*and TIMUR SHAMSUTDINOV*

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018 a true and correct copy of the foregoing NOTICE OF APPEARANCE OF STEPHEN A. WATKINS, was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Anton Ewing<br>3077 B Clairemont Drive #372<br>San Diego, CA 92117<br>619-719-9640<br>Email: anton@antonewing.com<br>PRO SE | Craig J Mariam<br>Gordon Rees Scully Mansukhani<br>633 West 5th Street<br>52nd Floor<br>Los Angeles, CA 90071<br>(213) 576-5000<br>Fax: (877) 306-0043<br>Email: cmariam@gordonrees.com |

Dated: July 13, 2018

**CARLSON & MESSER LLP**

s/ Stephen A. Watkins
Stephen A. Watkins