# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing, an individual

Plaintiff

V.

See Attachment

Defendant

Civil Action No.  18cv1063-AJB-AGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

FAST ADVANCE FUNDING, LLC
20 N. 3RD STREET
PHILADELPHIA, PA 19106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  5/29/18

John Morrill
CLERK OF COURT

S/  L. Cervantes
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-01063

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FAST ADVANCE FUNDING, LLC
was received by me on *(date)* 06/22/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JOHN DOE refused to give his name , who is
designated by law to accept service of process on behalf of *(name of organization)* Fast Advance Funding, LLC
on *(date)* 06/22/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 06/22/2018

*Server's signature*

KAMERON MARSHALL, Process Server
*Printed name and title*

199 W. Chew Ave,
Philadelphia, PA 19120

*Server's address*

Additional information regarding attempted service, etc:
20 N. 3RD ST, PHILADELPHIA, PA 19106
Approximately 11:15 AM. The door was closed but I walked in behind a UPS delivery man. I pretended to be a pizza delivery guy since it was unlikely the defendants would open the door for a random person. I spoke with the manager, "Anthony" and I recognized him from before. I placed the pizza box on a desk, opened it, ate a slice of pizza inside, and handed him the papers and told him that Fast Advance Funding had been served. The man became agitated and insisted I had the wrong place but I knew he was lying due to previous experience at this office serving Fast Advance Funding. The man refused to give his last name.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.  18cv1063-AJB-AGS

8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company;
Richard Waldman, an individual;
R. Scott International Corp., Florida Corporation;
RFR Capital, LLC, a Delaware limited liability company;
Robert Signore, an individual;
Fast Advance Funding, LLC, a Pennsylvania limited liability company;
Anthony Gibson, an individual;
First Premier Funding, LLC, a Delaware limited liability company;
Anthony J. Gaglio, an individual;
First Union Lending, LLC, a Florida limited liability company;
Timur Shamsutdinov, an individual;
FIG Capital, LLC, a Delaware limited liability company;
Michael Scarpaci, an individual;
Premium Merchant Funding One, LLC, a New York limited liability company;
Elie Golshan, an individual;

```
Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com
```

FILED
May 29 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ Lillianac    DEPUTY

Plaintiff In Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'18CV1063 AJB AGS

| | |
|---|---|
| Anton Ewing, an individual, | Civil Case No. 18-CV- |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| 8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation; | 1. RICO  18 USC §1964<br>2. TCPA  47 USC §227<br>3. CIPA   PC §632, §637.2, §632.7 |
| RFR Capital, LLC, a Delaware limited liability company; Robert Signore, an individual; | Jury Trial Demanded |
| Fast Advance Funding, LLC, a Pennsylvania limited liability company; Anthony Gibson, an individual; | |
| First Premier Funding, LLC, a Delaware limited liability company; Anthony J. Gaglio, an individual; | |
| First Union Lending, LLC, a Florida limited liability company; Timur Shamsutdinov, an individual; | |

COMPLAINT- 1

18cv