Anton Ewing
3077 Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff in pro per

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company;<br>Richard Waldman, an individual;<br>R. Scott International Corp., Florida corporation;<br><br>RFR Capital, LLC, a Delaware limited liability company;<br>Robert Signore, an individual;<br><br>Fast Advance Funding, LLC, a Pennsylvania limited liability company;<br>Anthony Gibson, an individual;<br><br>First Premier Funding, LLC, a Delaware limited liability company;<br>Anthony J. Gaglio, an individual;<br><br>First Union Lending, LLC, a Florida limited liability company; | Civil Case No. 18cv1063-AJB-AGS<br><br>**PLAINTIFF EWING'S APPLICATION FOR ENTRY OF DEFAULT AGAINST NON-RESPONDING DEFENDANT FAST ADVANCE FUNDING, LLC** |

APPLICATION FOR ENTRY OF DEFAULT AGAINST FAST ADVANCE FUNDING, LLC - 1

| | |
|---|---|
| Timur Shamsutdinov, an individual; | ) |
| | ) |
| FIG Capital, LLC, a Delaware limited liability company; | ) ) ) |
| Michael Scarpaci, an individual; | ) ) |
| | ) |
| Premium Merchant Funding One, LLC, a New York limited liability company; | ) ) ) |
| Elie Golshan, an individual; | ) |
| Defendants | ) ) |

TO THE CLERK OF THE COURT:

Pursuant to FRCP 55(a), Plaintiff Anton Ewing hereby makes this application for entry of default against Defendant FAST ADVANCE FUNDING, LLC, a Pennsylvania limited liability company ("FAF"), for failure to defend, and failure to file a responsive pleading within 21 days after service of the Summons and Complaint.  FAF was served in person by a registered process server on June 22, 2018.  The 21st day to respond was July 13, 2018.  No responsive pleading has been filed.

Dated: July 14, 2018

                                                          Anton Ewing

                                              ___/S/ *Anton Ewing*_____
                                              Anton Ewing, Plaintiff
                                              Pro per
                                              Anton@AntonEwing.com

1  Anton Ewing
2  3077 B Clairemont Drive #372
   San Diego, CA 92117
3  619-719-9640
4  Plaintiffs In Pro Per
5
6                    **FEDERAL DISTRICT COURT**
7                  **SOUTHERN DISTRICT OF CALIFORNIA**
8
9  ANTON EWING, an individual          )  Civil Case No. 18cv0158-AJB-AGS
                                       )
10         Plaintiff,                  )
                                       )
11     vs.                             )  **APPLICATION FOR ENTRY OF**
                                       )  **DEFAULT AGAINST DEFENDANT**
12 8 Figure Dream Lifestyle, LLC, a    )  **FAST ADVANCE FUNDING, LLC**
13 Wyoming limited liability company;  )  **BY THE CLERK OF THE COURT**
   Richard Waldman, an individual;     )  **PURSUANT TO FRCP 55.**
14 R. Scott International Corp., Florida )
15 corporation;                        )  **MEMORANDUM OF POINTS AND**
                                       )  **AUTHORITIES**
16 RFR Capital, LLC, a Delaware limited )
17 liability company;                  )
   Robert Signore, an individual;      )
18                                     )
19 Fast Advance Funding, LLC, a        )
   Pennsylvania limited liability company; )
20 Anthony Gibson, an individual;      )
                                       )
21 First Premier Funding, LLC, a Delaware )
22 limited liability company;          )
   Anthony J. Gaglio, an individual;   )
23                                     )
24 First Union Lending, LLC, a Florida )
   limited liability company;          )
25 Timur Shamsutdinov, an individual;  )
                                       )

APPLICATION FOR ENTRY OF DEFAULT AGAINST FAST ADVANCE FUNDING, LLC - 3

| | |
|---|---|
| FIG Capital, LLC, a Delaware limited liability company; <br> Michael Scarpaci, an individual; <br><br> Premium Merchant Funding One, LLC, a New York limited liability company; <br> Elie Golshan, an individual; <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) |

Plaintiff Anton Ewing ("Ewing") hereby respectfully applies to the Clerk of the Court, pursuant to Federal Rule of Civil Procedure 55(a), to enter default against Defendant FAST ADVANCE FUNDING, LLC for failure to respond to the Summons by filing an Answer or other responsive pleading.  In support of this Application, Plaintiff is filing a Memorandum of Points and Authorities and Statement of Material Facts.  For the reasons provided in the supporting Memorandum, Plaintiff contends that Defendant's failure to comply with this Court's order constitutes a contempt, a failure to defend, and that he is entitled to default as a matter of law on his claims in the Complaint.  Consequently, Plaintiff respectfully prays the Clerk of the Court enter default in his favor and against Defendant FAST ADVANCE FUNDING, LLC.

Defendant FAST ADVANCE FUNDING, LLC was served by a registered process server on June 22, 2018.  The Summons required FAST ADVANCE FUNDING, LLC to respond within 21 days.  Plaintiff also checked the CM/ECF system to see if any documents had been filed to date.  Nothing has been filed.

**Wherefore,** the Clerk of the Court should grant Plaintiff's application for

APPLICATION FOR ENTRY OF DEFAULT AGAINST FAST ADVANCE FUNDING, LLC - 4

default because Defendant FAST ADVANCE FUNDING, LLC has failed to comply with this Court's order contained in the Summons.

Dated:  July 14, 2018

                                        Anton Ewing
                                        ___/S/ *Anton Ewing*_____
                                        Anton Ewing, Plaintiff

## PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter and an authorized CM/ECF user by court order. I have electronically filed this Application for Entry of Default against Fast Advance Funding, LLC through my ECF account and had it served on Defendants as follows:

**18cv1063-AJB-AGS Notice has been electronically mailed to:**

I have also emailed a copy of this document to Defendant directly at the email address he uses to communicate with me at: nvalz@msn.com

and by US Mail, postage pre-paid, first class to:
Fast Advance Funding, LLC
Atten: Anthony Gibson
20 N. 3rd Street
Philadelphia, PA 19106

As well as all other CM/ECF users registered in this matter.

I swear under penalty of perjury that the above was served as stated.
Dated: July 14, 2018

/S/ *Anton Ewing*
Anton Ewing