Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff In Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation;<br>*et al.*<br>　　　　Defendants. | Civil Case No. 18-CV-1063 AJB-AGS<br><br>*Honorable Anthony J. Battaglia*<br><br>*Magistrate Judge Andrew G. Schopler*<br><br>**PLAINTIFF'S EX PARTE MOTION TO SEAL EXHIBIT #2 IN ECF No. 39**<br><br>Hearing Date: September 6, 2018<br>Time: 2:00 PM<br>Judge: Hon. Anthony J. Battaglia<br>Courtroom: 4A |

Plaintiff Anton Ewing hereby moves the Court, ex parte, to seal the documents at ECF No. 30-2, which is Exhibits G through K, inclusive. In an effort

PLAINTIFF'S EX PARTE MOTION TO SEAL EXHIBIT #2 IN ECF No. 39 - 1

to file on time, after this Court graciously granted an extension, Plaintiff filed his Opposition to the pre-filing order motion now set for September 6, 2018. The Exhibits should be sealed in the interests of justice. Opposing counsel was in fact served with the exhibits so there is no unfairness in now sealing them. Further, the public does not have a more important or overriding interest is seeing their contents.

The Court's chamber rules state: "[m]ost significantly, courts have granted protective orders to protect confidential settlement agreements." See *Hasbrouck v. BankAmerica Housing Serv.*, 187 F.R.D. 453, 455 (N.D.N.Y. 1999); *Kalinauskas v. Wong*, 151 F.R.D. 363, 365-67 (D. Nev. 1993).

Plaintiff contacted the Court's Chambers on Friday, July 13, 2018. The Court and its law clerks were "at the 9th Circuit" and could not be reached. Further, Plaintiff sent Mr. Kaminiski and Mr. Watkins an email asking them to meet and confer regarding this ex parte motion and whether they opposed. I have not received any response. Plaintiff was able to speak briefly with Mr. Watkins on Friday about the pre-filing motion issues, which were many. Mr. Watkins schedule did not afford the parties enough time to discuss this matter of sealing the exhibit. Plaintiff requested a follow up. Mr. Kaminiski is out of the office until Tuesday and was not available although he has in the past responded to email from his iPhone.

The above statements are true and correct under penalty of perjury under the laws of the United States.

Wherefore, Plaintiff respectfully prays this honorable Court will grant this ex parte motion and seal Exhibit #2 which contains exhibits G through K.

Dated:  July 14, 2018

/s/ *Anton Ewing*
Anton Ewing,
Plaintiff in pro per
Anton@antonewing.com

Civil Case No. 18cv1063-AJB-AGS

# PROOF OF SERVICE

I, **Anton Ewing**, being a United States Citizen and over the age of 18 and a party to this case, hereby declare that I have served the following documents:

**PLAINTIFF'S EX PARTE MOTION TO SEAL EXHIBIT #2 IN ECF No. 39**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.

On: July 14, 2018

In the following manner:

_____By placing a true and correct copy of the same in the US mail, first class postage prepaid, on _____, 2018 to:

__x__   By scanning and emailing the same to cmariam@grsm.com and kaminskid@cmtlaw.com through the CM/ECF computer system. No other defendants have appeared yet.

\_\_\_ By placing a true and correct copy of the same in the USA service pick up box at the federal district court

I declare under penalty of perjury that the above is true and correct. My business address is 3077 Clairemont Drive #372, San Diego, CA 92117.

Dated: \_\_\_\_July 13, 2018_____        ____/s/ Anton Ewing_____
                                                                Anton Ewing