DAVID J. KAMINSKI (SBN 128509)
kaminskid@cmtlaw.com
STEPHEN A. WATKINS (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendants
FIRST UNION LENDING, LLC and
TIMUR SHAMSUTDINOV

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br><br>                 Plaintiff,<br><br>    v.<br><br>8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation;<br><br>RFR Capital, LLC, a Delaware limited<br>liability company;<br>Robe1t Signore, an individual.,<br><br>Fast Advance Funding, LLC, a Pennsylvania limited liability company; Anthony Gibson, an individual; | CASE NO. 3:18-cv-01063-AJB-AGS<br><br>**DEFENDANT FIRST UNION LENDING, LLC AND TIMUR SHAMSUTDINOV'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO DECLARE ANTON EWING A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER PURSUANT TO 28 USC SECTION 1651**<br><br>**Date: September 6, 2018**<br>**Time: 2:00 p.m.**<br>**Judge: Hon. Anthony J. Battaglia**<br>**Ctrm: 4A** |

| | |
|---|---|
| First Premier Funding, LLC, a Delaware limited liability company; Anthony J. Gaglio, an individual; | ) ) ) ) |
| First Union Lending, LLC, a Florida limited liability company; Timur Shamsutdinov, an individual | ) ) ) ) |
| FIG Capital, LLC, a Delaware limited liability company; Michael Scarpaci, an individual; | ) ) ) ) |
| Premium Merchant Funding One, LLC, a New York limited liability company; Elie Golshan, an individual; | ) ) ) ) ) |
| Defendant | ) ) ) |

**TO THE COURT, EACH PARTY, AND TO THE ATTORNEY OF RECORD FOR EACH PARTY IN THIS ACTION:**

Defendant FIRST UNION LENDING, LLC and TIMUR SHAMSUTDINOV hereby requests that the Court take judicial notice of the following documents pursuant to F.R.E. 201. Exh 17, Dockets and Complaint. Exhs. 18-28 – Dkt. Only.

| | Case No. | Case Name |
|---|---|---|
| 17 | 3:2018cv01455-LAB-JLB | Ewing et al v. Oasis Media, LLC et al |
| 18 | 3:2018cv00429-WQH-JMA | Ewing v. Readdick et al |
| 19 | 3:2018cv00158-AJB-AGS | Ewing v. Allfi, Inc. et al |

{00096649;1}

2

|    | Case No. | Case Name |
|----|----------|-----------|
| 20 | 3:2018cv00094-BTM-JMA | Stark et al v. SLAC, Inc et al |
| 21 | 3:2017cv02507-LAB-MDD | Ewing v. Empire Capital Funding Group, Inc et al |
| 22 | 3:2017cv01554-GPC-RBB | Ewing v. McCarthy et al |
| 23 | 3:2016cv01639-GPC-JLB | Ewing v. RCF, LLC et al |
| 24 | 3:2016cv00383-LAB−RBB | Ewing v. A1 Solar Power, Inc. et al |
| 25 | 2:2015cv09240 | Ewing v. Smart Energy Solar, Inc.  et al |
| 26 | 3:2015cv01850-MMA-JMA | Ewing v. 29 Prime, Inc et al |
| 27 | 3:2015cv01509 BTM−WVG | Ewing v. Patient Satisfaction Plus, LLC et al_ |
| 28 | 3:2013cv01821-BEN-BLM | Ewing v. HSBC Finance Corporation et al |

Dated:  July 23, 2018             **CARLSON & MESSER LLP**

By: /s/ David J. Kaminski

David J. Kaminski
Stephen A. Watkins
Attorneys for Defendants,
FIRST UNION LENDING, LLC
And TIMUR SHAMSUTDINOV

{00096649;1}

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018 a true and correct copy of the foregoing DEFENDANT FIRST UNION LENDING, LLC AND TIMUR SHAMSUTDINOV'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DECLARE ANTON EWING A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER PURSUANT TO 28 USC SECTION 1651, was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Anton Ewing<br>3077 B Clairemont Drive #372<br>San Diego, CA 92117<br>619-719-9640<br>Email: anton@antonewing.com<br>PRO SE | Craig J Mariam<br>Gordon Rees Scully Mansukhani<br>633 West 5th Street<br>52nd Floor<br>Los Angeles, CA 90071<br>(213) 576-5000<br>Email: cmariam@gordonrees.com<br>Attorney for Defendant<br>RFR Capital, LLC |

Dated: July 23, 2018

**CARLSON & MESSER LLP**

By: /s/ David J. Kaminski

David J. Kaminski
Attorneys for Defendants,
FIRST UNION LENDING, LLC
And TIMUR SHAMSUTDINOV

{00096649;1}

4