Kimberly A. Wright, Esq. (265899)
**REVOLVE LAW GROUP LLP**
2601 Main Street, Suite 1200
Irvine, CA 92614
T: 833-775-4557
F: 888-711-7710

Attorneys for Defendants,
Fast Advance Funding LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual, | Case No.: 3:18-CV-01063-AJB-AGS |
| | Hon. Anthony J. Battaglia |
| PLAINTIFF, | |
| vs. | **DECLARATION OF DANIEL NATUZZI IN SUPPORT OF MOTION TO DISMISS COMPLAINT AS TO FAST ADVANCE FUNDING LLC** |
| 8 FIGURE DREAM LIFESTYLE, LLC, RICHARD WALDMAN, R. SCOTT INTERNATIONALC CORP., FAST ADVANCE FUNDING, LLC, ANTHONY GIBSON, FIRST PREMIER FUNDING, LLC, ANTHONY J. GAGLIO, FIRRST UNION LENDING, LLC, TIMUR SHAMSUTDINOW, FIG CAPITAL, LLC, MICHAEL SCARPACI, PREMIUM MERCHANT FUNDING, ONE, LLC and ELIE GOLSHAM, | *[Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; [Proposed] Order]* <br><br> Hearing Date: August 30, 2018 <br> Time: 2:00 p.m. <br> Courtroom: 4A |
| DEFENDANTS. | |

DECLARATION OF DANIEL NATUZZI IN SUPPORT OF MOTION TO DISMISS

# DECLARATION OF DANIEL NATUZZI

I, Daniel Natuzzi, declare as follows:

1. I am an individual and an employee of Defendant Fast Advance Funding, LLC with the title of Floor Manager. The address for Fast Advance Funding LLC is 22 N. 3rd Street, Philadelphia, Pennsylvania, 19106.

2. I submit this declaration in support of Fast Advance Funding's Motion to Dismiss.

3. I have personal knowledge of the facts stated herein, and, if called upon to testify thereto, could and would competently do so.

4. I have worked at Fast Advance Funding for a period of time exceeding 1.5 years.

5. Fast Advance Funding operates in a building that is also occupied by a number of other companies including "Ticket Guru."

6. I know that the individual "Anthony" listed on Plaintiff's certificate of service who it claims is the person who was served with the lawsuit, is not an employee or agent of Fast Advance Funding, LLC, or even is an individual with whom Fast Advance Funding conducts business. This person is a subcontractor for Ticket Guru, named Anthony Zingerelli.

7. I have reviewed company records and can attest to the fact that Fast Advance Funding, LLC has never conducted business with or has any ties of any sort with any of the other named Defendants in this action other than the individual named Anthony Gibson.

8. Fast Advance is a limited liability company formed under the laws of the Commonwealth Pennsylvania and has its principal place of business in Philadelphia, Pennsylvania.

9. Fast Advance has no affiliates, employees, or offices located in the State of California.

I declare under penalty of perjury under the laws of the State of California

DECLARATION OF DANIEL NATUZZI IN SUPPORT OF MOTION TO DISMISS
1

and the United States that the foregoing is true and correct, and that this declaration is executed on July 26, 2018, at Philadelphia, Pennsylvania.

_____
Daniel Natuzzi

---

DECLARATION OF DANIEL NATUZZI IN SUPPORT OF MOTION TO DISMISS

2