AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-01063

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FAST ADVANCE FUNDING LLC
was received by me on *(date)* 07/26/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* JOHN DOE, who is designated by law to accept service of process on behalf of *(name of organization)* FAST ADVANCE FUNDING LLC on *(date)* 07/27/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 07/27/2018

*James E. Shelton*
Server's signature

JAMES E. SHELTON
Printed name and title

316 Covered Bridge Road
King of Prussia, PA 19406
Server's address

Additional information regarding attempted service, etc:
Place of service: 22 N. 3rd St, Philadelphia, PA 19106 Time: approximately 3:45 PM
See attached description of service.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

ANTON EWING

          Plaintiff

v.

FAST ADVANCE FUNDING LLC, et. al
          Defendants

No. 3:18-cv-01063

### AFFIDAVIT OF SERVICE:

**Place of Service:** 22 N. 3rd St, Philadelphia, PA 19106

**Date and Time of Service:** July 27, 2018 at approximately 3:45 PM

**Documents Served:** Summons and Complaint

**Party Served:** Fast Advance Funding, LLC

**Description of Service:** When I arrived, I noticed that "Ticket Guru" is located at 20 N. 3rd St. Outside this building, a number of males were smoking cigarettes. I asked them if they could help me find Fast Advance Funding. A male asked me "yeah, what is it about?" I showed him a FedEx envelope which had the legal documents inside, and said I had some papers to deliver. The man pointed to the building next door, 22 N. 3rd St, however, I could not gain access, as it was locked. A second man, Caucasian and bald, approached me and opened the door for me. He pointed to a mailbox on the left hand side of the "lobby" and said Fast Advance Funding was there, however, it was just a mailbox and there wasn't an office space of any kind with FAF. I went up the elevator to the second floor where I found "Par Funding". A woman came out and she said Fast Advance Funding was on the first floor. I told her I wasn't sure where on the first floor she was talking about, because as far as I could tell, there was not an office space there with FAF there. We went back to the first floor, where I again spoke to the bald man who had initially let me in. He told me I wasn't allowed to be in the building and I had to leave immediately. I told him I would leave as soon as I gave the papers to someone working for Fast Advance Funding. The bald man said he was going to call the police if I did not leave immediately. I told the man he was welcome to call the police if he wanted to, but it would be easier for him to just show me where Fast Advance Funding's office was, so I could give them the papers. I asked him his name and if he worked for Fast Advance Funding. The man said "I don't work for Fast Advance Funding, but I can't let you in the building. You are not allowed in the building, I'm the building manager." I strongly suspected that this man was lying and that he does work for Fast Advance Funding.

      The man held the door open for me outside. Since continuing to argue with this man would no doubt be futile, and could possibly lead to an altercation, I made the decision to step outside and comply with the man's demands to leave. However, since he said he was the building manager, and since he is denying access to the building, he is acting as Fast Advance Funding's agent and gatekeeper. Therefore, I attempted to hand the papers to him.
      Instead of accepting the papers, the man pulled out his phone and said he was calling the cops. Since he would not accept the papers, I dropped the papers at his feet and told him that he had been served. At that point, I decided to leave before the situation escalated.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I am over the age of eighteen (18) and I am not a party to the instant litigation.

Dated: 7/27/2018

Respectfully Submitted,

*James E. Shelton*

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
james@finalverdictsolutions.com