Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

FILED
AUG 0 9 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEP

Plaintiff In Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>8 Figure Dream Lifestyle, a Wyoming limited liability company;<br>Richard Waldman, an individual;<br>R. Scott International Corp, a Florida corporation;<br>RFR Capital, LLC, a Delaware limited liability company;<br>Robert Signore, an individual;<br>Fast Advance Funding, LLC, a Pennsylvania limited liability company;<br>Anthony Gibson, an individual;<br>First Premier Funding, LLC, a Delaware limited liability company;<br>Anthony J. Gaglio, an individual;<br>First Union Lending, LLC, a Florida limited liability company;<br>Timur Shamsutdinov, an individual;<br>FIG Capital, LLC, a Delaware limited liability company;<br>Michael Scarpaci, an individual; | Civil Case No. 18-cv-1063-AJB-AGS<br><br>**PROOF OF SERVICE ON ANTHONY GIBSON, AN INDIVIDUAL WITHIN THE UNITED STATES** |

Premium Merchant Funding One, LLC,
a New York limited liability company;
Elie Golshan, an individual.

        Defendants.

I, Jocelyn Segura, declare as follows:

1. At the time of service, I was at least 18 years of age and **not a party to this lawsuit.**

2. I served copies of the summons, complaint, Notice of a Lawsuit and Request to Waive Service of a Summons, Civil Cover Sheet, Waiver of Service of Summons, and Self Addressed Stamped Envelope (hereinafter referred to as "copies").

3. I served the defendant Anthony Gibson, an individual

4. I served the copies on July 16, 2018 by:

   **a. Mail Service on a Defendant located outside California** in compliance with the California Code of Civil Procedure. I mailed copies to the defendant, located outside of California, via certified or registered mail, first class postage prepared to:

   **Anthony Gibson, an individual, 141 N 2nd Street, Philadelphia, PA 19106 Tracking# 9590 9402 1833 6104 3092 04**

A copy of the signed return receipt is attached.

**5.** My name, address, and telephone number are: Jocelyn Segura, 3077 B Clairemont Drive, San Diego, CA 92117. 619-719-9640

**6.** I am a registered California process server with license number 3237.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2018 in the county of San Diego, CA.

*Jocelyn Segura*

Jocelyn Segura, #3237

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Anthony Gibson
   141 N 2nd Street
   Philadelphia, PA 19106

9590 9402 1833 6104 3092 04

2. Article Number (Transfer from service label)

   7017 0190 0000 4072 5346

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 7/30/18

D. Is delivery address different from item 1? ☑ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt