## AFFIDAVIT OF SERVICE

| Case:<br>18CV1063-AJB-AGS | Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA | County:<br>, CA | Job:<br>2539569 (877959) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>ANTON EWING | | **Defendant / Respondent:**<br>8 FIGURE DREAM LIFESTYLE, LLC; RICHARD WALDMAN; R. SCOTT INTERNATIONAL CORP.; RFR CAPITAL, LLC; ROBERT SIGNORE; FAST ADVANCE FUNDING, LLC; ANTHONY GIBSON; FIRST PREMIER FUNDING, LLC; ANTHONY J. GAGLIO; FIRST UNION LENDING, LLC; TIMUR SHAMSUTDINOV; FIG CAPITAL, LLC; MICHAEL SCARPACI; PREMIUM MERCHANT FUNDING ONE, LLC AND ELIE GOLSHAN | |
| **Received by:**<br>Heaven Sent Legal Services | | **For:**<br>ANTON EWING | |
| **To be served upon:**<br>FAST ADVANCE FUNDING, LLC | | | |

I, TIM PORVAZNIK, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Allie Cezreci, COMPANY: 22 N 3RD ST, PHILADELPHIA, PA 19106
**Manner of Service:** Business, Aug 14, 2018, 10:43 am EDT
**Documents:** SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, ATTACHMENT, JURY TRIAL DEMANDED, COMPLAINT AND DECLARATION IN SUPPORT OF COMPLAINT (Received Aug 13, 2018 at 4:35pm EDT)

**Additional Comments:**
1) Successful Attempt: Aug 14, 2018, 10:43 am EDT at COMPANY: 22 N 3RD ST, PHILADELPHIA, PA 19106 received by Allie Cezreci. Age: 25; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'3"; Hair: Brown; Eyes: Hazel;

*[Signature: Timothy Porvaznik]*   08/15/2018

**TIM PORVAZNIK**                      **Date**

Heaven Sent Legal Services
421 N 7th St Suite 422
Philadelphia, Pa 19123
866-331-4220

*Subscribed and sworn to before me by the affiant who is personally known to me.*

**Notary Public**

**Date**                      **Commission Expires**