Kimberly A. Wright, Esq. (SBN 265899)
**REVOLVE LAW GROUP, LLP**
2601 Main Street, Suite 1200
Irvine, CA 92614
T: 833-775-4557; F: 888-711-7710

*Attorneys for Defendants,*
*Fast Advance Funding, LLC;*
*Anthony Gibson*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual, <br><br> PLAINTIFF, <br><br> vs. <br><br> 8 FIGURE DREAM LIFESTYLE, LLC, RICHARD WALDMAN, R. SCOTT INTERNATIONALC CORP., FAST ADVANCE FUNDING, LLC, ANTHONY GIBSON, FIRST PREMIER FUNDING, LLC, ANTHONY J. GAGLIO, FIRRST UNION LENDING, LLC, TIMUR SHAMSUTDINOW, FIG CAPITAL, LLC, MICHAEL SCARPACI, PREMIUM MERCHANT FUNDING, ONE, LLC and ELIE GOLSHAM, <br><br> DEFENDANTS. | Case No. 3:18-CV-01063-AJB-AGS <br> Hon. Anthony J. Battaglia <br><br> **REQUEST FOR JUDICIAL NOTICE** |

Defendants Fast Advance Funding, LLC ("FAF") and Anthony Gibson ("Gibson") respectfully requests that this Court take judicial notice, pursuant to

---

**DEFENDANTS FAST ADVANCE FUNDING, LLC AND ANTHONY GIBSON'S REQUEST FOR JUDICIAL NOTICE**

1

Federal Rule of Evidence 201, of the following documents:

**EXHIBIT A:** A true and correct copy of the Order (Docket #131), entered by the Honorable Magistrate Judge Clinton E. Averitte in the United States District Court; Southern District of California on July 17, 2018, admonishing Plaintiff for potentially sanctionable behavior in Case No.: 3:16-CV-00678-LAB-AGS; entitled *Anton Ewing v. K2 Property Development, LLC, et al,*

Judicial notice is proper because the documents for which this Request is made are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be question." Fed. R. Evid. 201(b)(2); *Lee v. City of Los Angeles,* 250 F.3d 668, 689-90 (9th Cir. 2001) (taking judicial notice of a state court's records); *Brooks v. Alameda,* 446 F.Supp.2d 1179, 1182 (S.D. Cal. 2006) (taking judicial notice of court file, including any orders by the court, in earlier related action). Judicially noticed facts often consist of matters of public record, such as prior court proceedings. Federal courts may "take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue." *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.,* 971 F.2d 244, 248 (9th Cir. 1992).

Therefore, moving defendants respectfully request that this Court take judicial notice of the document attached as Exhibit A.

Dated: August 20, 2018     **REVOLVE LAW GROUP LLP**

By: __/s/ *Kimberly A. Wright* ____
    Kimberly A. Wright

Attorneys for Defendant Fast Advance Funding, LLC; and Anthony Gibson

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Kimberly A. Wright*

Kimberly A. Wright

REVOLVE LAW GROUP LLP
2601 Main Street., Suite 1200
Irvine, California 92614