Kimberly A. Wright, Esq. (265899)
**REVOLVE LAW GROUP LLP**
2601 Main Street, Suite 1200
Irvine, CA 92614
T: 833-775-4557
F: 888-711-7710

*Attorneys for Defendants,*
*Fast Advance Funding, LLC*
*Anthony Gibson*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual, <br><br> PLAINTIFF, <br><br> vs. <br><br> 8 FIGURE DREAM LIFESTYLE, LLC, RICHARD WALDMAN, R. SCOTT INTERNATIONALC CORP., FAST ADVANCE FUNDING, LLC, ANTHONY GIBSON, FIRST PREMIER FUNDING, LLC, ANTHONY J. GAGLIO, FIRRST UNION LENDING, LLC, TIMUR SHAMSUTDINOW, FIG CAPITAL, LLC, MICHAEL SCARPACI, PREMIUM MERCHANT FUNDING, ONE, LLC and ELIE GOLSHAM, <br><br> DEFENDANTS. | Case No. 3:18-CV-01063-AJB-AGS <br> Hon. Anthony J. Battaglia <br><br> **DECLARATION OF KIMBERLY A. WRIGHT REGARDING WAIVERS OF SERVICE OF SUMMONS FOR DEFENDANTS FAST ADVANCE FUNDING LLC; AND ANTHONY GIBSON** |

---

**DECLARATION OF KIMBERLY A. WRIGHT**

1

I, KIMBERLY A. WRIGHT, declare as follows:

1. I am an attorney at law duly admitted to practice before all courts of the State of California. I am the attorney of record for Defendants Fast Advance Funding, LLC ("FAF") and Anthony Gibson ("Gibson") in the above-entitled action.

2. I have personal knowledge of the facts stated herein, and, if called upon to testify thereto, I could and would competently do so.

3. I submit this declaration to support the filing of Waivers of Service of Summons for FAF and Gibson.

4. On August 9, 2018, Plaintiff Anton Ewing ("Plaintiff") faxed me a Waiver of Service of Summons for Anthony Gibson and Fast Advance Funding, LLC. That same day, I sent a return fax to Plaintiff that informed him I received his fax, but that pursuant to the terms of the waiver he is to provide me with a means of returning executed copies to him. Due to the fact that Plaintiff has blocked me from using email, I had to have my paralegal send an email copy of the fax to Plaintiff to ensure he received it. Plaintiff informed my paralegal that he mailed hard copies that same day.

5. On August 13, 2018, I received a copy of the waivers of service of summons for Gibson and FAF by mail.

6. Thereafter, I received consent from both FAF and Gibson to execute the waivers of service of summons on their behalf.

7. On August 17, 2018, I redrafted the waivers of service of summons for Gibson and FAF because the waivers had been prepared by Plaintiff incorrectly. Plaintiff had used my incorrect business telephone number. I executed corrected copies for both Gibson and FAF and placed them for mailing to Plaintiff this same day.

8. On August 18, 2018, I emailed Plaintiff courtesy copies of the executed waivers to the email address for Plaintiff appearing on CM/ECF;

REVOLVE LAW GROUP LLP
2601 Main Street., Suite 1200
Irvine, California 92614

seosearchdata@gmail.com. In addition, I sent a copy Plaintiff's email address anton@antonewing.com.[1]

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed in Irvine, California.

Dated: August 20, 2018                **REVOLVE LAW GROUP LLP**

By:  __/s/ *Kimberly A. Wright*____
  Kimberly A. Wright
  *Attorneys for Defendants Fast Advance Funding, LLC, and Anthony Gibson*

---

[1] As stated above, Plaintiff has blocked me from using email communications. This is not the first instance, as Plaintiff has also blocked me from using email communications in other cases for which I am attorney of record. I respectfully request that this Court take Judicial Notice of the Order entered by the Honorable Judge Averitte on July17, 2018 in which he admonished Plaintiff for filing frivolous motions to prevent me from using email communications. *See* Docket No. 70, Request for Judicial Notice; *See also* Docket 131 in Case No. 3:16-CV-00678-LAB-AGS, *Ewing v. K2 Property Development, LLC, et al.;*

**DECLARATION OF KIMBERLY A. WRIGHT**
3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Kimberly A. Wright*

Kimberly A. Wright