1  Kimberly A. Wright, Esq. (265899)
   **REVOLVE LAW GROUP LLP**
2  2601 Main Street, Suite 1200
   Irvine, CA 92614
3  T: 833-775-4557
   F: 888-711-7710
4
5  Attorneys for Defendants,
   Fast Advance Funding LLC
6
7
8              **UNITED STATES DISTRICT COURT**
9           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
10

| ANTON EWING, | Case No.: 3:18-CV-01063-AJB-AGS |
| --- | --- |
| PLAINTIFF, | Hon. Anthony J. Battaglia |
| vs. | **NOTICE OF WITHDRAWAL OF FAST ADVANCE FUNDING LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b) (ECF NO. 48)** |
| 8 FIGURE DREAM LIFESTYLE, LLC, RICHARD WALDMAN, R. SCOTT INTERNATIONAL CORP., FAST ADVANCE FUNDING, LLC, ANTHONY GIBSON, FIRST PREMIER FUNDING, LLC, ANTHONY J. GAGLIO, FIRRST UNION LENDING, LLC, TIMUR SHAMSUTDINOW, FIG CAPITAL, LLC, MICHAEL SCARPACI, PREMIUM MERCHANT FUNDING, ONE, LLC and ELIE GOLSHAM, | |
| DEFENDANTS. | |

    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT Defendant Fast Advance Funding, LLC ("FAF"), pursuant to Local Civil Rule 7.1(g)(1), hereby withdraws its Motion to Dismiss Pursuant to

---

**NOTICE OF WITHDRAWAL OF DOCUMENT (DOCKET NO. 48)**

1

Fed. R. Civ. P. 12(b) (Dkt. No. 48), filed on July 26, 2018.

FAF withdraws its motion to dismiss because the motion, in part, argued for dismissal due to insufficient service of process. Now FAF has consented to service of process by executing a waiver of service of process served upon its counsel and filed with this Court. (Dkt. No. 71). FAF intends on filing a revised motion to dismiss within the time allowed by the waiver.

Dated: September 4, 2018                    Respectfully submitted,

**REVOLVE LAW GROUP LLP**

By:  __/s/ *Kimberly A. Wright* ____
     Kimberly A. Wright
     Attorneys for Defendant
     Fast Advance Funding, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Kimberly A. Wright*

Kimberly A. Wright