Kimberly A. Wright, Esq. (SBN 265899)
**REVOLVE LAW GROUP, LLP**
2601 Main Street, Suite 1200
Irvine, CA 92614
T: 833-775-4557; F: 888-711-7710

*Attorneys for Defendant,*
*Anthony Gibson and Fast Advance Funding LLC*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual,<br>　　　　　　PLAINTIFF,<br>vs.<br><br>**8 FIGURE DREAM LIFESTYLE, LLC; RICHARD WALDMAN; R. SCOTT INTERNATIONAL CORP.; FAST ADVANCE FUNDING, LLC; ANTHONY GIBSON; FIRST PREMIER FUNDING, LLC; ANTHONY J. GAGLIO; FIRST UNION LENDING, LLC; TIMUR SHAMSUTDINOV; FIG CAPITAL, LLC; MICHAEL SCARPACI; PREMIUM MERCHANT FUNDING ONE, LLC; and ELIE GOLSHAM,**<br><br>　　　　　　DEFENDANTS. | Case No. 3:18-CV-01063-AJB-AGS<br>Hon. Anthony J. Battaglia<br><br>**REQUEST FOR JUDICIAL NOTICE** |

Defendants Anthony Gibson ("Gibson") and Fast Advance Funding LLC ("FAF") respectfully request that this Court take judicial notice, pursuant to

Federal Rule of Evidence 201, of the following documents:

**EXHIBIT A:** A true and correct copy of "Plaintiff's Notice of Appeal of Magistrate Order to District Judge," Docket No. 145, filed by Plaintiff Anton Ewing in Case No.: 3:16-CV-00678-LAB-AGS; entitled *Anton Ewing v. K2 Property Development, LLC, et al.*

Judicial notice is proper because the documents for which this Request is made are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be question." Fed. R. Evid. 201(b)(2); *Lee v. City of Los Angeles,* 250 F.3d 668, 689-90 (9th Cir. 2001) (taking judicial notice of a state court's records); *Brooks v. Alameda,* 446 F.Supp.2d 1179, 1182 (S.D. Cal. 2006) (taking judicial notice of court file, including any orders by the court, in earlier related action).

Judicially noticed facts often consist of matters of public record, such as prior court proceedings. The Court may take judicial notice of matters of the public record including pleadings, decisions, orders and other documents filed in another court. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006) (a court may take judicial notice of court filings and other matters of public record); *see also Kurtcu v. U.S. Parking, Inc.,* No. 08-2113. Federal courts may "take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue." *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.,* 971 F.2d 244, 248 (9th Cir. 1992).

In the Ninth Circuit, district courts may even take judicial notice of documents that the pleadings don't mention, provided the documents are integral to the plaintiff's claims. *See, e.g., Parring v. FHP, Inc.,* 146 F.3d 699 (1998). The document Defendants seek to judicially notice is integral to Plaintiff's RICO claim because it conclusively establishes that Plaintiff has not, and cannot, prove a concrete financial loss that is proximately caused by racketeering activity as is

alleged by Plaintiff in his Complaint. *Guerro v. Gates,* 442 F.3d 697, 707 (9th Cir. 2006) (quoting *Chaset v. Fleer/Skybox, Int'l, LP,* 300 F.3d 1083, 1087 (9th Cir. 2002)).

In the document, Plaintiff states, "Plaintiff is unemployed and has not been able to find a regular job for several years." *See* Request for Judicial Notice, Exhibit A, ¶15, pg. 6. Therefore, moving defendants respectfully request that this Court take judicial notice of the document attached as Exhibit A.

Dated: September 4, 2018  **REVOLVE LAW GROUP LLP**

By: __/s/ *Kimberly A. Wright* ____
 Kimberly A. Wright

Attorneys for Defendant Fast Advance Funding, LLC; and Anthony Gibson

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Kimberly A. Wright*

Kimberly A. Wright