Kimberly A. Wright, Esq. (265899)
**REVOLVE LAW GROUP LLP**
2601 Main Street, Suite 1200
Irvine, CA 92614
T: 833-775-4557
F: 888-711-7710

Attorneys for Defendant,
Anthony Gibson

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual, <br><br>                    PLAINTIFF, <br><br> vs. <br><br> 8 FIGURE DREAM LIFESTYLE, LLC, RICHARD WALDMAN, R. SCOTT INTERNATIONALC CORP., FAST ADVANCE FUNDING, LLC, ANTHONY GIBSON, FIRST PREMIER FUNDING, LLC, ANTHONY J. GAGLIO, FIRRST UNION LENDING, LLC, TIMUR SHAMSUTDINOW, FIG CAPITAL, LLC, MICHAEL SCARPACI, PREMIUM MERCHANT FUNDING, ONE, LLC and ELIE GOLSHAM, <br><br>                    DEFENDANTS. | Case No.: 3:18-CV-01063-AJB-AGS <br> Hon. Anthony J. Battaglia <br><br> **ANTHONY GIBSON'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(2) and 12(b)(6).** <br><br> *[Filed concurrently with Memorandum of Points and Authorities; Declaration of Anthony Gibson; Request for Judicial Notice]* <br><br> Hearing Date: October 11, 2018 <br> Time: 2:00 p.m. <br> Courtroom: 4A <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO THE HONORABLE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that on October 11, 2018 at 2:00 p.m., or as soon as this matter may be heard in Courtroom 4A of the above-entitled Court located at 221 West Broadway, San Diego, California 92101, Defendant Anthony

1  ("Gibson"), through its counsel Revolve Law Group LLP, will move this Court
2  pursuant to Federal Rules of Civil Procedure 12(b)1, 12(b)(2), and (b)(6) for an
3  order dismissing Plaintiff's Complaint for lack of personal jurisdiction, subject
4  matter jurisdiction, and failure to state a claim based on the following:

    A.    California does not have general jurisdiction over Gibson, a Pennsylvania resident;

    B.    The Fiduciary Shield Doctrine shields Gibson from Personal Jurisdiction;

    C.    Plaintiff filed a pleading in this District claiming to be unemployed and so he lacks standing to bring a Civil Racketeer Influenced and Corrupt Organizations Act claim;

    D.    Plaintiff's Complaint fails to state a claim as he lumps fourteen defendants together and does not provide any information to evidence a claim specifically against Gibson.

This motion is based upon the attached Memorandum of Points and Authorities, Declaration in Support, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing on this motion.

Dated: September 4, 2018        **REVOLVE LAW GROUP LLP**

By: ___/s/ *Kimberly A. Wright*_____
      Kimberly A. Wright
Attorneys for Defendant Anthony Gibson

REVOLVE LAW GROUP LLP
2601 Main Street., Suite 1200
Irvine, California 92614

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)**
2