Kimberly A. Wright, Esq. (265899)
**REVOLVE LAW GROUP LLP**
2601 Main Street, Suite 1200
Irvine, CA 92614
T: 833-775-4557
F: 888-711-7710

Attorneys for Defendants,
Fast Advance Funding LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual,<br><br>　　　　　　PLAINTIFF,<br><br>vs.<br><br>8 FIGURE DREAM LIFESTYLE, LLC, RICHARD WALDMAN, R. SCOTT INTERNATIONALC CORP., FAST ADVANCE FUNDING, LLC, ANTHONY GIBSON, FIRST PREMIER FUNDING, LLC, ANTHONY J. GAGLIO, FIRRST UNION LENDING, LLC, TIMUR SHAMSUTDINOW, FIG CAPITAL, LLC, MICHAEL SCARPACI, PREMIUM MERCHANT FUNDING, ONE, LLC and ELIE GOLSHAM,<br><br>　　　　　　DEFENDANTS. | Case No.: 3:18-CV-01063-AJB-AGS<br>Hon. Anthony J. Battaglia<br><br>**FAST ADVANCE FUNDING LLC NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Request for Judicial Notice]*<br><br>Hearing Date: October 11, 2018<br>Time: 2:00 p.m.<br>Courtroom: 4A<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO THE HONORABLE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that on October 11, 2018 at 2:00 p.m., or as soon as this matter may be heard in Courtroom 4A of the above-entitled Court located at 221 West Broadway, San Diego, California 92101, Defendant Fast Advance

Funding LLC ("Defendant FAF"), through its counsel Revolve Law Group LLP, will move this Court pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure for an order quashing the service of summons and dismissing, with prejudice, Plaintiff's first through third causes of action for failure to state a claim, based on the following:

1. Plaintiff admits that he has been unemployed for "several years" and so he lacks standing to bring a Civil Racketeer Influenced and Corrupt Organizations Act ("RICO") claim, 18 U.S.C. §§ 1961 et seq.

2. Plaintiff fails to properly plead a cause of action under RICO, 18 U.S.C. §§ 1961 et seq.

3. Plaintiff fails to properly plead a cause of action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

This motion is based upon the attached Memorandum of Points and Authorities, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing on this motion.

Dated: September 4, 2018         **REVOLVE LAW GROUP LLP**

                                                 By: __/s/ *Kimberly A. Wright*____
                                                      Kimberly A. Wright
                                                      Attorneys for Defendant Fast Advance Funding LLC

REVOLVE LAW GROUP LLP
2601 Main Street., Suite 1200
Irvine, California 92614