Kimberly A. Wright, Esq. (265899)
**REVOLVE LAW GROUP LLP**
2601 Main Street, Suite 1200
Irvine, CA 92614
T:  833-775-4557
F:  888-711-7710

Attorneys for Defendants,
Anthony Gibson and
Fast Advance Funding LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual,<br><br>             PLAINTIFF,<br>  vs.<br><br>8 FIGURE DREAM LIFESTYLE, LLC, RICHARD WALDMAN, R. SCOTT INTERNATIONALC CORP., FAST ADVANCE FUNDING, LLC, ANTHONY GIBSON, FIRST PREMIER FUNDING, LLC, ANTHONY J. GAGLIO, FIRRST UNION LENDING, LLC, TIMUR SHAMSUTDINOW, FIG CAPITAL, LLC, MICHAEL SCARPACI, PREMIUM MERCHANT FUNDING, ONE, LLC and ELIE GOLSHAM,<br><br>             DEFENDANTS. | Case No.: 3:18-CV-01063-AJB-AGS<br>Hon. Anthony J. Battaglia<br><br>**JOINT MOTION OF PLAINTIFF ANTON EWING AND DEFENDANTS FAST ADVANCE FUNDING LLC AND ANTHONY GIBSON TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>*[Filed concurrently with Declaration of Kimberly A. Wright]* |

**TO THE HONORABLE COURT AND ALL PARTIES:**

Plaintiff ANTON EWING ("Plaintiff") and Defendants ANTHONY GIBSON ("Gibson") and FAST ADVANCE FUNDING LLC ("FAF") hereby jointly request a continuance of the October 11, 2018 hearing date currently set for hearing on Gibson and FAF's motions to dismiss. (ECF Nos. 77, 78). See Declaration of Kimberly A. Wright, ¶7, attached hereto as Exhibit A. The reason for the continuance is that counsel for Gibson and FAF is required to have surgery on October 11, 2018. Wright Decl., ¶6. The parties have met and conferred and have agreed to a new hearing date of October 18, 2018 at 2:00 pm. Wright Decl., ¶7.

Dated: October 1, 2018

By: __/s/ *Antony Ewing* ____
    Anton Ewing
    In Pro Per

**REVOLVE LAW GROUP LLP**

By: __/s/ *Kimberly A. Wright* ____
    Kimberly A. Wright
    Attorneys for Defendants Anthony Gibson and Fast Advance Funding LLC


**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: __/s/ *Kimberly A. Wright* ____
Kimberly A. Wright