```
1  Kimberly A. Wright, Esq. (265899)
2  REVOLVE LAW GROUP LLP
   2601 Main Street, Suite 1200
3  Irvine, CA 92614
4  T:  833-775-4557
   F:  888-711-7710
5
6  Attorneys for Defendants,
   Fast Advance Funding LLC
7
```

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING, an individual, | Case No.: 3:18-CV-01063-AJB-AGS |
|---|---|
| PLAINTIFF, | Hon. Anthony J. Battaglia |
| vs. | **DECLARATION OF KIMBERLY A. WRIGHT** |
| 8 FIGURE DREAM LIFESTYLE, LLC, RICHARD WALDMAN, R. SCOTT INTERNATIONALC CORP., FAST ADVANCE FUNDING, LLC, ANTHONY GIBSON, FIRST PREMIER FUNDING, LLC, ANTHONY J. GAGLIO, FIRRST UNION LENDING, LLC, TIMUR SHAMSUTDINOW, FIG CAPITAL, LLC, MICHAEL SCARPACI, PREMIUM MERCHANT FUNDING, ONE, LLC and ELIE GOLSHAM, | *[Filed concurrently with Joint Motion to Continue Hearing on Defendants' Motions to Dismiss]* |
| DEFENDANTS. | |

**DECLARATION OF KIMBERLY A. WRIGHT**

I, Kimberly A. Wright, declare as follows:

1. I am an attorney at law duly admitted to practice before all courts of the State of California and am the attorney of record for Defendants Anthony Gibson ("Gibson") and Fast Advance Funding LLC ("FAF") in the above-entitled action.

2. I have personal knowledge of the facts stated herein, and, if called upon to testify thereto, I could and would competently do so.

3. I submit this declaration in support of the Joint Motion of Plaintiff Anton Ewing and Defendants Anthony Gibson and Fast Advance Funding LLC to Continue Hearing on Defendants' Motions to Dismiss.

4. Gibson and FAF each filed a motion to dismiss on September 4, 2018. (Dkt. Nos. 77 and 78). The hearing for both motions was scheduled for October 11, 2018. (Dkt. No. 79).

5. Plaintiff Anton Ewing filed an omnibus opposition to the motions on September 19, 2018. (Dkt. No. 80).

6. On October 1, 2018, I was informed that I am required to have surgery and the only date available in the month of October is October 11, 2018, the same date scheduled for the motions to dismiss.

7. I immediately contacted Plaintiff and informed him of the surgery and requested that he agree to continue the hearing date to October 18, 2018. Plaintiff consented to the new date and agreed to the filing of the joint motion.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration is executed on October 1, 2018, at Irvine, California.

/s/ **Kimberly A. Wright**
Kimberly A. Wright