# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual,<br><br>        PLAINTIFF,<br><br>    vs.<br><br>8 FIGURE DREAM LIFESTYLE, LLC, RICHARD WALDMAN, R. SCOTT INTERNATIONALC CORP., FAST ADVANCE FUNDING, LLC, ANTHONY GIBSON, FIRST PREMIER FUNDING, LLC, ANTHONY J. GAGLIO, FIRRST UNION LENDING, LLC, TIMUR SHAMSUTDINOW, FIG CAPITAL, LLC, MICHAEL SCARPACI, PREMIUM MERCHANT FUNDING, ONE, LLC and ELIE GOLSHAM,<br><br>        DEFENDANTS. | Case No.: 3:18-CV-01063-AJB-AGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>(Doc. No. 86) |

Before the Court is the parties' Joint Motion to Continue Hearing on Defendants' Motions to Dismiss. Upon consideration of the papers this Court finds that the parties have shown good cause herein to have the hearing on

1

Defendants' motions to dismiss continued. Therefore,

1. IT IS HEREBY ORDERED that the parties' Joint Motion to Continue Hearing on Defendants' Motion to Dismiss is granted and continued from October 11, 2018 at October 18, 2018 at 2:00 p.m. in Courtroom 4A.

IT IS SO ORDERED.

Dated: October 2, 2018

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge