Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff In Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual, | Civil Case No. 18-CV-1063 AJB-AGS |
| Plaintiff, | *Honorable Anthony J. Battaglia* |
| vs. | *Magistrate Judge Andrew G. Schopler* |
| 8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation; *et al.* | **PLAINTIFF'S DECLARATION** |
| | Hearing Date: September 18, 2018<br>Time: 2:00 PM<br>Judge: Hon. Anthony J. Battaglia<br>Courtroom: 4A |
| Defendants. | |

I, ANTON EWING, hereby depose, declare and state the following as true and correct under penalty of perjury under the laws of the State of California:

1. On Monday, October 15, 2018 at 12:56PM, I received an email from Dennis Arroyo (info@firstunionlending.com), who is a named defendant in 18cv1212 and an officer of Defendant First Union Lending, LLC.

2. In said email from Mr. Arroyo he confessed to making two illegal calls to my phone and that First Union hired a "Filipino company" to make the initial calls prior to the two calls made by First Union directly.

PLAINTIFF'S DECLARATION - 1

3. I believe that these admissions alone show that my lawsuit is not frivolous, that I am not vexatious and that the anti-Slapp motion is improper.

4. I have repeatedly told Mr. Arroyo to cease, desist and refrain from communicating with me.

5. I found his email to be dishonest, harassing and annoying.

6. Mr. Arroyo ended his email with "we are beaten and you have beat me."

7. Mr. Arroyo copied his attorneys on the email.

8. I asked Mr. Arroyo's attorneys to voluntarily come forward with this new information under his duties pursuant to B&P §6068(d) and §6128. Mr. Arroyo's attorney have not come forward.

I am competent to testify to the above stated factual assertions.

Dated: October 16, 2018

/s/ *Anton Ewing*
Anton Ewing,
Plaintiff in pro per
Anton@antonewing.com

Civil Case No. 18cv1063-AJB-AGS

## PROOF OF SERVICE

I, **Anton Ewing**, being a United States Citizen and over the age of 18 and a party to this case, hereby declare that I have served the following documents:

**PLAINTIFF'S DECLARATION**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.

On: October 16, 2018

In the following manner:

_____By placing a true and correct copy of the same in the US mail, first class postage prepaid, on _____, 2018 to:

__x__    By scanning and emailing the same through the CM/ECF computer system.

   Stephen A. Watkins    WatkinsS@cmtlaw.com, brooksl@cmtlaw.com, brownk@cmtlaw.com, millerb@cmtlaw.com

   David J Kaminski    kaminskid@cmtlaw.com, WatkinsS@cmtlaw.com, felipeg@cmtlaw.com, lopezp@cmtlaw.com, valientes@cmtlaw.com

   Craig J Mariam    cmariam@gordonrees.com, fansary@grsm.com, jfarrar@gordonrees.com, tapham@grsm.com

   Kimberly A. Wright    Kimberly@revolvelawgroup.com, steven@revolvelawgroup.com

   Tricia A. Pham    tapham@grsm.com, fansary@grsm.com, jfarrar@grsm.com

   Bryan D. Trader    BTrader@reedsmith.com

   All registered ECF users in this case have been served through the CM/ECF system.

I declare under penalty of perjury that the above is true and correct. My address is 3077 Clairemont Drive #372, San Diego, CA 92117.

Dated: ____October 16, 2018_____                    ___/s/ Anton Ewing_____
                                                                                          Anton Ewing