```
 1   DAVID J. KAMINSKI (SBN 128509)
     kaminskid@cmtlaw.com
 2   STEPHEN A. WATKINS (SBN 205175)
     watkinss@cmtlaw.com
 3   CARLSON & MESSER LLP
 4   5901 W. Century Boulevard, Suite 1200
     Los Angeles, California 90045
 5   (310) 242-2200 Telephone
     (310) 242-2222 Facsimile
 6   Attorneys for Defendants
 7   FIRST UNION LENDING, LLC and
     TIMUR SHAMSUTDINOV
 8
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| Anton Ewing, an individual, | ) CASE NO. 3:18-cv-01063-AJB-AGS |
|---|---|
| Plaintiff, | ) **DEFENDANTS FIRST UNION LENDING, LLC AND TIMUR SHAMSUTDINOV'S OBJECTION TO PLAINTIFF'S DECLARATION [ECF 90] IN OPPOSITION TO MOTION TO DISMISS COMPLAINT AND TO DECLARE PLAINTIFF A VEXATIONS LITIGANT** |
| v. | |
| 8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation; | |
| RFR Capital, LLC, a Delaware limited liability company; Robert Signore, an individual., | ) **[Declaration of Stephen A. Watkins filed concurrently herewith]** |
| Fast Advance Funding, LLC, a Pennsylvania limited liability company; Anthony Gibson, an individual; | ) Date: October 18, 2018<br>) Time: Under Submission<br>) Judge: Hon. Anthony J. Battaglia<br>) Ctrm: 4A |

{00102874;1}

i

| | |
|---|---|
| First Premier Funding, LLC, a Delaware limited liability company; Anthony J. Gaglio, an individual; | )<br>)<br>)<br>) |
| First Union Lending, LLC, a Florida limited liability company; Timur Shamsutdinov, an individual | )<br>)<br>)<br>) |
| FIG Capital, LLC, a Delaware limited liability company; Michael Scarpaci, an individual; | )<br>)<br>)<br>) |
| Premium Merchant Funding One, LLC, a New York limited liability company; Elie Golshan, an individual; | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**TO THE HONORABLE COURT AND ALL PARTIES:**

Defendants First Union Lending, LLC ("First Union") and Timur Shamsutdinov hereby submit the following Objection to Plaintiff's Declaration in Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint and Declare Plaintiff a Vexatious Litigant [ECF 90] ("Plaintiff's Surreply Declaration").

On October 15, 2018, counsel for First Union and Shamsutdinov and Dennis Arroyo ("First Union Defendants") e-mailed Plaintiff in an attempt to resolve this matter on behalf of the First Union Defendants and RFR Defendants. (Declaration of Stephen A. Watkins ("Watkins Decl."), ¶ 3.) The e-mail indicated that it was subject to FRE 408. (Watkins Decl., ¶ 3 & Ex. 1.)

Ewing has also sued Dennis Arroyo and First Union in *Ewing v. Arroyo*, 3:18–cv–01212–AJB–BGS (S.D. Cal. filed June 11, 2018). The October 15, 2018 e-mail also sought to resolve that matter.

In response, Plaintiff e-mailed not only counsel for First Union Defendants and counsel for the RFR Defendants, Craig Mariam, he e-mailed Defendant Dennis Arroyo directly. (Watkins Decl., ¶ 5. & Ex. 2.)

In response, on October 15, 2018, Mr. Arroyo responded to Plaintiff via e-mail. (Watkins Decl., ¶ 6 & Ex. 3.)

On October 16, 2018, Plaintiff filed his Surreply Declaration, asserting Mr. Arroyo made certain admissions in his October 15, 2018 e-mail that support denial of the Motion to Declare Mr. Plaintiff a Vexatious Litigant.

Plaintiff's Declaration should be stricken or disregarded for several reasons.

First, Plaintiff's Surreply Declaration is an improper surreply that was filed without leave and is not authorized by the local rules. *See, e.g., Daniels v. ComUnity Lending, Inc.,* No. 13CV488-WQH-JMA, 2015 WL 2338713, at *5 (S.D. Cal. May 12, 2015) (holding "In this case, Plaintiff did not seek leave of the Court to file the surreply, or attempt to show that a valid reason for additional

briefing exists. See ECF No. 133. Plaintiffs' 'Response in Opposition to Support of Motion to Dismiss Plaintiff's Fourth Amended Complaint' was therefore improper").

Second, Plaintiff's Surreply Declaration violates FRE 408, as it is based on Arroyo's statements made solely for the purposes of settlement. It cannot therefore cannot be offered to prove the "invalidity of ... a claim that was disputed as to validity." FRE 408. *See e.g., Olsen v. U.S. Dep't of Transp. Fed. Transit Admin.*, No. C 02-00673 WHA, 2002 WL 31738794, at *5 (N.D. Cal. Dec. 2, 2002) ("Olsen's objection under FRE 408 to all evidence concerning the parties' settlement negotiations is sustained.") This is exactly what Plaintiff's Surreply Declaration attempts to do, as he asserts: "I believe that these admissions alone show that my lawsuit is not frivolous, that I am not vexatious and that the anti-Slapp motion is improper." (Plaintiff Surreply Declaration, ¶ 3).

Finally, it is misleading and lacks foundation. Plaintiff e-mailed Mr. Arroyo directly, knowing he was represented by counsel, but then states " .....I have repeatedly told Mr. Arroyo to cease, desist and refrain from communicating with me." (Plaintiff Surreply Declaration, ¶ 4).

For all of these reasons, Plaintiff's Surreply Declaration should be stricken or disregarded.

Dated: October 17, 2018

**CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendants,
FIRST UNION LENDING, LLC
And TIMUR SHAMSUTDINOV

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018 a true and correct copy of the foregoing DEFENDANTS FIRST UNION LENDING, LLC AND TIMUR SHAMSUTDINOV'S OBJECTION TO PLAINTIFF'S DECLARATION [ECF 90] IN OPPOSITION TO MOTION TO DISMISS COMPLAINT AND TO DECLARE PLAINTIFF A VEXATIONS LITIGANT, was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Anton Ewing<br>3077 B Clairemont Drive #372<br>San Diego, CA 92117<br>619-719-9640<br>Email: anton@antonewing.com<br>PRO SE | Craig J Mariam<br>Gordon Rees Scully Mansukhani<br>633 West 5th Street<br>52nd Floor<br>Los Angeles, CA 90071<br>(213) 576-5000<br>Email: cmariam@gordonrees.com<br>Attorney for Defendant<br>RFR Capital, LLC |
| Kimberly A. Wright<br>Revolve Law Group, LLP<br>2601 Main Street<br>Suite 1200<br>Irvine, CA 92614<br>833-775-4557<br>Fax: 888-711-7710<br>Email: Kimberly@revolvelawgroup.com<br>Attorney for Fast Advance Funding and Anthony Gibson | Bryan D. Trader<br>Reed Smith LLP<br>355 South Grand Avenue<br>Suite 2800<br>Los Angeles, CA 90071-1514<br>213-457-8000<br>Fax: 213-457-8080<br>Email: BTrader@reedsmith.com<br>Attorney for Defendant Premium Merchant Funding One, LLC |

Dated: October 17, 2018    **CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
    David J. Kaminski
    Attorneys for Defendants,
    FIRST UNION LENDING, LLC
    And TIMUR SHAMSUTDINOV