DAVID J. KAMINSKI (SBN 128509)
kaminskid@cmtlaw.com
STEPHEN A. WATKINS (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendants
FIRST UNION LENDING, LLC and
TIMUR SHAMSUTDINOV

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual, | CASE NO. 3:18-cv-01063-AJB-AGS |
| Plaintiff, | **DECLARATION OF STEPHEN A. WATKINS IN SUPPORT OF DEFENDANTS FIRST UNION LENDING, LLC AND TIMUR SHAMSUTDINOV'S OBJECTION TO PLAINTIFF'S DECLARATION [ECF 90]** |
| v. | |
| 8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation; | |
| RFR Capital, LLC, a Delaware limited liability company; Robert Signore, an individual., | **Date:   October 18, 2018**<br>**Time:   Under Submission**<br>**Judge: Hon. Anthony J. Battaglia**<br>**Ctrm: 4A** |
| Fast Advance Funding, LLC, a Pennsylvania limited liability company; Anthony Gibson, an individual; | |

{00102880;1}

i

| | |
|---|---|
| First Premier Funding, LLC, a Delaware limited liability company; Anthony J. Gaglio, an individual; | ) ) ) ) |
| First Union Lending, LLC, a Florida limited liability company; Timur Shamsutdinov, an individual | ) ) ) ) |
| FIG Capital, LLC, a Delaware limited liability company; Michael Scarpaci, an individual; | ) ) ) ) |
| Premium Merchant Funding One, LLC, a New York limited liability company; Elie Golshan, an individual; | ) ) ) ) ) |
| Defendants. | ) ) ) |

I, Stephen A. Watkins, have personal knowledge of the following facts and if called as a witness would testify that:

1. I, along with David J. Kaminski, am counsel representing the Defendants First Union Lending, LLC ("First Union") and Timur Shamsutdinov in this matter.

2. I am also representing Dennis Arroyo and First Union in *Ewing v. Arroyo*, 3:18-cv-01212-AJB-BGS (S.D. Cal. filed June 11, 2018) (First Union, Shamsutdinov, and Arroyo collectively "First Union Defendants")

3. On October 15, 2018, at 4:21 p.m., I e-mailed Plaintiff Anton Ewing with a settlement proposal on behalf of the First Union Defendants and RFR Capital, LLC and Robert Signore (RFR Capital LLC and Robert Signore collectively "RFR Defendants"). No one else was cced.

4. This e-mail sought to resolve this action on behalf of the First Union Defendants and RFR Defendants and resolve *Ewing v. Arroyo* on behalf of the RFR Defendants. The e-mail heading stated "FRE 408." A redacted copy of this e-mail is attached hereto as Exhibit 1.

5. In response, on October 12, 2018 at 5:32 p.m. Plaintiff e-mailed not only counsel for First Union Defendants (info@firstunionlending.com) and counsel for the RFR Defendants, Craig Mariam, he e-mailed Dennis Arroyo directly. A copy of this e-mail is attached hereto as Exhibit 2. Plaintiff's e-mails also include the "FRE 408" heading.

6. In response, on October 15, 2018 at 12:56 p.m., Mr. Arroyo sent an e-mail to Plaintiff. A redacted copy of this e-mail is attached hereto as Exhibit 3.

7. On October 16, 2018, Plaintiff filed his Surreply Declaration, asserting Mr. Arroyo made certain admissions in that October 15, 2018 e-mail that support denial of the Motion to Declare Mr. Plaintiff a Vexatious Litigant.

1 | I declare under penalty of perjury that the foregoing is true and correct and
2 | to the best of my knowledge.
3 | Executed on October 17, 2018 at Los Angeles, CA

                                                        /s/ Stephen A. Watkins
                                                        Stephen A. Watkins

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018 a true and correct copy of the foregoing DECLARATION OF STEPHEN A. WATKINS IN SUPPORT OF DEFENDANTS FIRST UNION LENDING, LLC AND TIMUR SHAMSUTDINOV'S OBJECTION TO PLAINTIFF'S DECLARATION [ECF 90], was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Anton Ewing<br>3077 B Clairemont Drive #372<br>San Diego, CA 92117<br>619-719-9640<br>Email: anton@antonewing.com<br>PRO SE | Craig J Mariam<br>Gordon Rees Scully Mansukhani<br>633 West 5th Street<br>52nd Floor<br>Los Angeles, CA 90071<br>(213) 576-5000<br>Email: cmariam@gordonrees.com<br>Attorney for Defendant<br>RFR Capital, LLC |
| Kimberly A. Wright<br>Revolve Law Group, LLP<br>2601 Main Street<br>Suite 1200<br>Irvine, CA 92614<br>833-775-4557<br>Fax: 888-711-7710<br>Email: Kimberly@revolvelawgroup.com<br>Attorney for Fast Advance Funding and Anthony Gibson | Bryan D. Trader<br>Reed Smith LLP<br>355 South Grand Avenue<br>Suite 2800<br>Los Angeles, CA 90071-1514<br>213-457-8000<br>Fax: 213-457-8080<br>Email: BTrader@reedsmith.com<br>Attorney for Defendant Premium Merchant Funding One, LLC |

Dated: October 17, 2018

**CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
    David J. Kaminski
    Attorneys for Defendants,
    FIRST UNION LENDING, LLC
    And TIMUR SHAMSUTDINOV