# EXHIBIT 1

{exhibits nos;1}

# Stephen Watkins

| | |
|---|---|
| **From:** | Stephen Watkins |
| **Sent:** | Friday, October 12, 2018 4:21 PM |
| **To:** | anton@antonewing.com |
| **Subject:** | RE: Ewing v. First Union, Arroyo, etc. - FRE 408 |
| **Follow Up Flag:** | Copied to Worldox (CMTLAW CLIENTS\09487.00\EMAIL\00102626.MSG) |

Dear Mr. Ewing:

First Union, Dennis Arroyo, Timur Shamsutdinov, and RFR Capital, LLC and Robert Signore globally offer ████ to resolve your litigation against them. Thank you.


Sincerely,

Stephen A. Watkins, Esq.
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, CA  90045
310-242-2200 Main
310-242-2214 Direct
310-242-2222 Fax