**EXHIBIT 2**

{exhibits nos;1}

# Stephen Watkins

**From:** Anton A. Ewing, JD <anton@antonewing.com>
**Sent:** Friday, October 12, 2018 5:32 PM
**To:** Stephen Watkins
**Cc:** info@firstunionlending.com; cmariam@gordonrees.com; fansary@grsm.com; jfarrar@gordonrees.com; tapham@grsm.com
**Subject:** Re: Ewing v. First Union, Arroyo, etc. - FRE 408

well, thanks for the humor

I literally fell out of my chair laughing

you obviously have me confused with some knucklehead.

Hi, my name is Anton Ewing. I sue telemarketers. I have a law degree and I have been doing this for over 3 years now. It is time for you to take me seriously.


--- WatkinsS@cmtlaw.com wrote:

From: Stephen Watkins <WatkinsS@cmtlaw.com>
To: "anton@antonewing.com" <anton@antonewing.com>
Subject: Re: Ewing v. First Union, Arroyo, etc. - FRE 408
Date: Fri, 12 Oct 2018 23:53:38 +0000

I am not kidding you.

Sent from my iPhone

On Oct 12, 2018, at 4:41 PM, Anton A. Ewing, JD <anton@antonewing.com> wrote:

> wait a minute
>
> you are writing on behalf of RFR?
>
> are you kidding me?
>
>
> Regards,
>
> Anton A. Ewing, JD

1