# EXHIBIT 3

{exhibits nos;1}

**Stephen Watkins**

| | |
|---|---|
| **From:** | First Union <info@firstunionlending.com> |
| **Sent:** | Monday, October 15, 2018 12:56 PM |
| **To:** | Stephen Watkins |
| **Cc:** | anton@antonewing.com; cmariam@gordonrees.com |
| **Subject:** | Response for Mr. Ewing |

Mr. Ewing

This is Dennis Arroyo writing and copying everyone you did on your most recent response.

**REDACTED**