Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff In Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual, | Civil Case No. 18-CV-1063 AJB-AGS |
| Plaintiff, | *Honorable Anthony J. Battaglia* |
| vs. | *Magistrate Judge Andrew G. Schopler* |
| 8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation; *et al.* | **PLAINTIFF'S NOTICE OF PARTIAL SETTLEMENT** |
| Defendants. | Judge: Hon. Anthony J. Battaglia Courtroom: 4A |

May it please the Court:

Plaintiff Anton Ewing (herein "Plaintiff" or "Ewing"), proceeding pro se,

18cv1063

hereby notifies this Honorable Court that a full and complete settlement with only the following defendants has been reached: First Union Lending, LLC, Timur Shamsutdinov, RFR Capital, LLC and Robert Signore[1].

First Union Lending, LLC and Shamsutdinov will be notifying the Court that it will not be proceeding with its motion to dismiss, which is now moot. Likewise, RFR Capital, LLC and Signore will separately notify the Court that their motion to dismiss is mooted and taken off calendar.

The above parties will file a Rule 41 joint motion to dismiss with prejudice with a request for the Court to retain jurisdiction to rule on the vex motion, which is at Plaintiff's express request and so stipulated to by First Union and Shamsutdinov.

Dated: February 14, 2019

/s/ *Anton Ewing*
Anton Ewing

---

[1] Fast Advance, Gibson, Premium Merchant, Golshan have not settled.  First Premium Funding has not appeared.

PLAINTIFF'S NOTICE OF PARTIAL SETTLEMENT - 2

Civil Case No. 18cv1063-AJB-AGS

## PROOF OF SERVICE

I, **Anton Ewing**, being a United States Citizen and over the age of 18 and a party to this case, hereby declare that I have served the following documents:
**PLAINTIFF'S NOTICE OF PARTIAL SETTLEMENT**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.

On: February 14, 2019

In the following manner:

_____By placing a true and correct copy of the same in the US mail, first class postage prepaid, on February 14, 2019 to:

__x___   By scanning and emailing the same to cmariam@grsm.com and kaminskid@cmtlaw.com through the CM/ECF computer system.
No other defendants have appeared yet.

____By placing a true and correct copy of the same in the USA service pick up box at the federal district court

All CM/ECF participants have been served through the ECF electronic email system.

I declare under penalty of perjury that the above is true and correct.  My business address is 3077 Clairemont Drive #372, San Diego, CA 92117.

Dated: _February 14, 2019_____

___/s/ Anton Ewing_____
Anton Ewing

PLAINTIFF'S NOTICE OF PARTIAL SETTLEMENT - 3

18cv1063