DAVID J. KAMINSKI (SBN 128509)
kaminskid@cmtlaw.com
STEPHEN A. WATKINS (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendants
FIRST UNION LENDING, LLC and
TIMUR SHAMSUTDINOV

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual, | CASE NO. 3:18-cv-01063-AJB-AGS |
| Plaintiff, | **JOINT MOTION TO DISMISS** |
| v. | |
| | **Judge: Hon. Anthony J. Battaglia** |
| 8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation; | |
| RFR Capital, LLC, a Delaware limited liability company; Robert Signore, an individual., | |
| Fast Advance Funding, LLC, a Pennsylvania limited liability company; Anthony Gibson, an individual; | |

{00109923;1}                                   i

| | |
|---|---|
| 1 | First Premier Funding, LLC, a )
| 2 | Delaware limited liability company; )
| | Anthony J. Gaglio, an individual; )
| 3 | )
| 4 | First Union Lending, LLC, a Florida )
| | limited liability company; )
| 5 | Timur Shamsutdinov, an individual )
| 6 | )
| 7 | FIG Capital, LLC, a Delaware limited )
| | liability company; Michael Scarpaci, )
| 8 | an individual; )
| 9 | )
| 10 | Premium Merchant Funding One, )
| | LLC, a New York limited liability )
| 11 | company; Elie Golshan, an )
| | individual; )
| 12 | )
| 13 | Defendants. )
| 14 | )
| 15 | )

{00109923;1}

ii

JOINT MOTION TO DISMISS
18-cv-1063-AJB-AGS

**TO THE HONORABLE COURT, THE PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff ANTON EWING, an Individual ("Plaintiff"), pro se, and Defendants FIRST UNION LENDING, LLC and TIMUR SHAMSUTDINOV, by and through their counsel, David J. Kaminski of Carlson & Messer, LLC, hereby file this Joint Motion to Dismiss the above-entitled action, in its entirety, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii). Each party to bear their own costs and expenses.

As part of this motion, the parties stipulate that the Court will retain jurisdiction over this matter until such time it can hear and rule on Defendants First Union, LLC and Timur Shamsutdinov's Motion to Declare Anton Ewing A Vexatious Litgant and for a Prefiling Order Pursuant to 28 USC Section 1651 (Dkt No. 15) and to enforce the settlement agreement.

Defendants First Union, LLC and Timur Shamsutdinov's Motion to Dismiss (Dkt No. 14) is hereby withdrawn.

Dated: February 19, 2019                **ANTON EWING, PRO SE**

                                        By: /s/ Anton Ewing
                                            Anton Ewing
                                            Plaintiff, *pro se*

Dated: February 19, 2019                **CARLSON & MESSER LLP**

                                        By: /s/ David J. Kaminski
                                            David J. Kaminski
                                            Stephen A. Watkins
                                            Attorneys for Defendants,
                                            FIRST UNION LENDING, LLC
                                            and TIMUR SHAMSUTDINOV

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2019 a true and correct copy of the foregoing JOINT MOTION TO DISMISS, was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Anton Ewing<br>3077 B Clairemont Drive #372<br>San Diego, CA 92117<br>619-719-9640<br>Email: anton@antonewing.com<br>PRO SE | Craig J Mariam<br>Gordon Rees Scully Mansukhani<br>633 West 5th Street<br>52nd Floor<br>Los Angeles, CA 90071<br>(213) 576-5000<br>Email: cmariam@gordonrees.com<br>Attorney for Defendant<br>RFR Capital, LLC |
| Kimberly A. Wright<br>Revolve Law Group, LLP<br>2601 Main Street<br>Suite 1200<br>Irvine, CA 92614<br>833-775-4557<br>Fax: 888-711-7710<br>Email: Kimberly@revolvelawgroup.com<br>Attorney for Fast Advance Funding and Anthony Gibson | Bryan D. Trader<br>Reed Smith LLP<br>355 South Grand Avenue<br>Suite 2800<br>Los Angeles, CA 90071-1514<br>213-457-8000<br>Fax: 213-457-8080<br>Email: BTrader@reedsmith.com<br>Attorney for Defendant Premium Merchant Funding One, LLC |

Dated: February 19, 2019

**CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
David J. Kaminski