UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br><br>            Plaintiff,<br>    v.<br><br>8 Figure Dream Lifestyle, LLC, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation; et al.,<br><br>            Defendants. | CASE NO. 3:18-cv-01063-AJB-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**(Doc. No. 93)** |

i

1 | Based upon the Joint Motion to Dismiss, the Court GRANTS the Joint Motion to Dismiss. This action is, DISMISSED WITH PREJUDICE. The Court will retain jurisdiction over this matter until such time it can hear and rule on Defendants First Union, LLC and Timur Shamsutdinov's Motion to Declare Anton Ewing A Vexatious Litgant and for a Prefiling Order Pursuant to 28 USC Section 1651 (Dkt No. 15) and to enforce the settlement agreement for a period of up to one year.

Defendants First Union, LLC and Timur Shamsutdinov's Motion to Dismiss (Dkt No. 14) is hereby withdrawn.

IT IS SO ORDERED.

Dated: February 20, 2019

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge