**Gordon Rees Scully Mansukhani, LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

1  Craig J. Mariam  (SBN: 225280)
   cmariam@grsm.com
2  Tricia A Pham  (SBN: 305420)
   tapham@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   101 W. Broadway, Suite 2000
4  San Diego, CA 92101
   Telephone:  (619) 696-6700
5  Facsimile:  (877) 306-0043

6  Attorneys for Defendants RFR Capital, LLC and Robert Signore

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10  ANTON EWING, AN INDIVIDUAL,              ) CASE NO.  3:18-cv-01063-AJB-
                                             ) AGS
11                        Plaintiff,         )
                                             ) *Honorable Anthony J. Battaglia*
12          v.                               )
                                             ) **PLAINTIFF ANTON EWING**
13  8 FIGURE DREAM LIFESTYLE, LLC, A         ) **AND DEFENDANTS RFR**
    WYOMING LIMITED LIABILITY               ) **CAPITAL, LLC AND**
14  COMPANY; RICHARD WALDMAN, AN             ) **ROBERT SIGNORE'S JOINT**
    INDIVIDUAL; R. SCOTT                     ) **MOTION TO DISMISS**
15  INTERNATIONAL CORP., FLORIDA             ) **PURSUANT TO FRCP**
    CORPORATION, ET AL.                      ) **41(a)(1)(A)(ii)**
16                                           )
                          Defendants.        )
17                                           )
                                             )
18

19

20

21

22

23

24

25

26

27  / / /

28  / / /

-1-
PLAINTIFF ANTON EWING AND DEFENDANTS RFR CAPITAL, LLC AND ROBERT
SIGNORE'S JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)

**TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff ANTON EWING, an Individual ("Plaintiff"), *pro se*, and Defendants RFR CAPITAL, LLC and ROBERT SIGNORE (collectively, "Defendants"), by and through their counsel, Gordon Rees Scully Mansukhani, LLP, hereby file this Joint Motion to Dismiss the above-entitled action, in its entirety, with prejudice, as to these Defendants, pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own costs and expenses.

Defendants RFR Capital, LLC and Robert Signore's Motion to Dismiss (Dkt No. 18) is hereby withdrawn.

Dated:  February 20, 2019                          **ANTON EWING, PRO SE**

By: /s/ *Anton Ewing*
     Anton Ewing
     Plaintiff, *pro se*

Dated:  February 20, 2019                          **GORDON REES SCULLY MANSUKHANI, LLP**

By:  */s/ Tricia A. Pham*
     Craig J. Mariam
     Tricia A. Pham
     Attorneys for Defendants RFR Capital, LLC and Robert Signore

**Gordon Rees Scully Mansukhani, LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

PLAINTIFF ANTON EWING AND DEFENDANTS RFR CAPITAL, LLC AND ROBERT SIGNORE'S JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)

**Gordon Rees Scully Mansukhani, LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2019 a true and correct copy of the foregoing PLAINTIFF ANTON EWING AND DEFENDANTS RFR CAPITAL, LLC AND ROBERT SIGNORE'S JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii), was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Anton Ewing<br>3077 B Clairemont Drive #372<br>San Diego, CA 92117<br>(619) 719-9640<br>Email: anton@antonewing.com | Plaintiff In Pro Per |
| David J. Kaminski<br>Stephen A. Watkins<br>CARLSON AND MESSER<br>5901 West Century Boulevard<br>Suite 1200<br>Los Angeles, CA 90045<br>(310) 242-2200<br>Fax: (310) 242-2222<br>Email: kaminskid@cmtlaw.com;<br>          watkinss@cmtlaw.com | Defendants First Union Lending, LLC; First Premier Funding, LLC; Anthony Gaglio; Timur Shamsutdinov |
| Abraham J. Colman<br>Bryan D. Trader<br>REED SMITH LLP<br>355 South Grand Avenue<br>Suite 2900<br>Los Angeles, CA 90071-1514<br>(213) 457-8000<br>Fax: (213) 457-8080<br>Email: acolman@reedsmith.com;<br>          btrader@reedsmith.com | Defendants Premium Merchant Funding One, LLC and Elie Golshan |
| Kimberly A. Wright<br>Revolve Law Group, LLP<br>2601 Main Street<br>Suite 1200 | Defendant Fast Advance Funding, LLC |

-3-

PLAINTIFF ANTON EWING AND DEFENDANTS RFR CAPITAL, LLC AND ROBERT
SIGNORE'S JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)

1  Irvine, CA 92614
2  833-775-4557
   Fax: 888-711-7710
3  Email: Kimberly@revolvelawgroup.com

4

5  Dated:  February 21, 2019

6                                              By: /s/ Fatima Ansary

**Gordon Rees Scully Mansukhani, LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

PLAINTIFF ANTON EWING AND DEFENDANTS RFR CAPITAL, LLC AND ROBERT
SIGNORE'S JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)