Kimberly A. Wright, Esq. (265899)
**REVOLVE LAW GROUP LLP**
2601 Main Street, Suite 1200
Irvine, California 92614
Telephone: 833-775-4557
Facsimile: 888-711-7710

Attorneys for Defendant,
FAST ADVANCE FUNDING LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>    Plaintiff,<br><br>vs.<br><br>8 FIGURE DREAM LIFESTYLE LLC, a Wyoming limited liability company; RICHARD WALDMAN, an individual; R. SCOTT INTERNATIONALC CORP., a Florida corporation; RFR CAPITAL LLC, a Delaware limited liability company; ROGERT SIGNORE, an individual; FIRST PREMIER FUNDING, LLC, a Delaware limited liability company; ANTHONY J. GAGLIO, an individual; FIRST UNION LENDING, LLC, a Florida limited liability company; TIMUR SHAMSUTDINOW, an individual; FIG CAPITAL, LLC, a Delaware limited liability company; MICHAEL SCARPACI, an individual; PREMIUM MERCHANT FUNDING, ONE, LLC, a New York limited liability company; and ELIE GOLSHAM, an individual; FAST ADVANCE FUNDING LLC, a Pennsylvania limited liability company; ANTHONY GIBSON, an individual,<br><br>    Defendants. | Case No.: 3:18-cv-01063-AJB-AGS<br>Hon. Anthony J. Battagila<br><br>**DEFENDANT FAST ADVANCE FUNDING LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

AND NOW comes Defendant Fast Advance Funding LLC ("Fast Advance"), by and through its counsel Revolve Law Group LLP, and hereby files the Answer and Affirmative Defenses to Plaintiff Anton Ewing's ("Plaintiff") Second Amended Complaint ("Complaint") as follows:

## BACKGROUND

The allegations contained in Plaintiff's "background" section of the Complaint do not require a response. In the event that a response is required, Fast Advance denies the allegations.

## SECOND AMENDED COMPLAINT

1. The allegations contained in this Paragraph and each of its subparts contain conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

2. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

3. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

4. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

5. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

6. Fast Advance admits that it is a limited liability company formed under the laws of the Commonwealth of Pennsylvania. Fast Advance further admits that Chris Larrea is employed by Fast Advance and that the website www.fastadvancefunding.com belongs to Fast Advance. Fast Advance denies the rest of the allegations remaining in this Paragraph.

7. The allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

8. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

9. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

10. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

11. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

12. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

13. The allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

14. The allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

15. The allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

16. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

17. The allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

18. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

19. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

20. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

21. The allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

22. The allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

23. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

24. The allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

25. The allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

26. The allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

27. The allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

28. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

29. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

30. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

31. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

32. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

33. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

34. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

35. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

36. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is

required. In the event that a response is required, Fast Advance denies the allegations.

37.  Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

38.  No response is required. In the event that a response is required, Fast Advance denies the allegations.

39.  Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

40.  Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

41.  Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them.

42.  Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them.

43.  Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them.

44.  Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them.

45. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them.

46. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them.

47. Fast Advance lacks sufficient information to form a belief as to the truth of the averments of this Paragraph and therefore denies them. Furthermore, the allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

48. The allegations of this Paragraph are conclusions of law to which no response is required. In the event that a response is required, Fast Advance denies the allegations.

**PRAYER FOR RELIEF**

No responses to required. In the event that a response is required, Fast Advance denies the allegations.

A. Fast Advance denies that Plaintiff is entitled to the relief requested in this Paragraph. In the event that a further response is required, Fast Advance denies the allegations.

B. Fast Advance denies that Plaintiff is entitled to the relief requested in this Paragraph. In the event that a further response is required, Fast Advance denies the allegations.

C. Fast Advance denies that Plaintiff is entitled to the relief requested in this Paragraph. In the event that a further response is required, Fast Advance denies the allegations.

D. Fast Advance denies that Plaintiff is entitled to the relief requested in this Paragraph. In the event that a further response is required, Fast Advance denies the allegations.

E.    Fast Advance denies that Plaintiff is entitled to the relief requested in this Paragraph. In the event that a further response is required, Fast Advance denies the allegations.

F.    Fast Advance denies that Plaintiff is entitled to the relief requested in this Paragraph. In the event that a further response is required, Fast Advance denies the allegations.

G.    Fast Advance denies that Plaintiff is entitled to the relief requested in this Paragraph. In the event that a further response is required, Fast Advance denies the allegations.

H.    Fast Advance denies that Plaintiff is entitled to the relief requested in this Paragraph. In the event that a further response is required, Fast Advance denies the allegations.

I.    Fast Advance denies that Plaintiff is entitled to the relief requested in this Paragraph. In the event that a further response is required, Fast Advance denies the allegations.

J.    Fast Advance denies that Plaintiff is entitled to the relief requested in this Paragraph. In the event that a further response is required, Fast Advance denies the allegations.

K.    Fast Advance denies that Plaintiff is entitled to the relief requested in this Paragraph. In the event that a further response is required, Fast Advance denies the allegations.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action for which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were not proximately caused by any act, error, or omission of Defendant as a matter of law.

### THIRD AFFIRMATIVE DEFENSE

Any damages sustained by Plaintiff, which are expressly denied, were caused, in whole or in part, by the affirmative wrongdoing, negligence, want of care, omissions, or other culpable conduct of Plaintiff and such persons other than Defendant, without the affirmative acts of Defendant contributing thereto, and as a consequence thereof, Plaintiff's damages, if any, should be reduced or barred accordingly.

### FOURTH AFFIRMATIVE DEFENSE

Any injuries were caused, in whole or in part, by the negligence or other culpable conduct of third parties over which Defendant have no control or right of control.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's own negligent, reckless, willful, and/or wanton conduct contributed to his alleged damages, if any.

### SIXTH AFFIRMATIVE DEFENSE

Defendant substantially complied in good faith with applicable provisions of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §§ 227, *et seq.*, and is entitled to each and every defense afforded to it by that statute. Specifically, if Defendant committed any violation of the TCPA, which is denied, it was not intentional and resulted from a *bona fide* error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

### SEVENTH AFFIRMATIVE DEFENSE

No acts or omissions by Defendant were an actual cause, legal cause, contributing cause, substantial factor, or proximate cause with respect to the damages, if any, sustained by Plaintiff.

### EIGHTH AFFIRMATIVE DEFENSE

To the extent Plaintiff seeks punitive damages in this case, any such damages must be based upon a finding of intentional, malicious, reckless, and/or

conscious criminal misconduct by Defendant and Plaintiff cannot meet this burden. Any award of punitive damages based upon a lesser standard would be a violation of Defendant' right to due process of law under both the Pennsylvania and United States Constitutions.

## NINTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred by the applicable statue(s) of limitations or repose, and/or by the equitable doctrine of laches, waiver, and estoppel.

## TENTH AFFIRMATIVE DEFENSE

The complaint and each cause of action contained therein are barred because Plaintiff provided prior express consent, through an established business relationship or otherwise, that he be called on his cell phone number.

## ELEVENTH AFFIRMATIVE DEFENSE

With regard to some of the calls made by Defendant, the subject telephone system did not employ the use of a prerecorded or artificial voice under the TCPA.

## TWELTH AFFIRMATIVE DEFENSE

Defendant have established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the regulations prescribed under the TCPA. 47 U.S.C. § 227(C)(5).

## THIRTEENTH AFFIRMATIVE DEFENSE

The complaint and each cause of action contained therein may be barred as to any alleged cell phone calls received by plaintiff where the calls were not charged to him (e.g., unlimited cell phone plans). See, e.g., 47 U.S.C. §227(b)(2)(C).

//
//
//
//

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff consented to the acts and events set forth in the complaint.

## FIFTEENTH AFFIRMATIVE DEFENSE

Any alleged acts or omissions giving rise to Plaintiff's claims are the result of innocent mistake and/or bona fide error despite reasonable procedures implemented by Defendant. Defendant acted in a reasonable manner in connection with the transaction at issue in this action.

## SIXTEENTH AFFIRMATIVE DEFENSE

Defendant hereby reserve the right to supplement their affirmative defenses at any time prior to trial.

WHEREFORE, Defendant respectfully requests that Plaintiff's complaint be dismissed, and request its costs, attorneys fees, and such other relief as this court deems just and appropriate.

Dated: May 6, 2019          **REVOLVE LAW GROUP LLP**

By: /s/ Kimberly A. Wright
Kimberly A. Wright
Attorneys for Defendant,
Fast Advance Funding LLC

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Kimberly A. Wright*

Kimberly A. Wright