1  Anton Ewing
2  3077 B Clairemont Drive #372
   San Diego, CA 92117
   (619) 719-9640
3  anton@antonewing.com

4

5  Plaintiff in Pro Per

6

7

8          THE UNITED STATES FEDERAL DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11
   Anton Ewing, an individual,          )   Case No. 3:18-CV-01063-AJB-AGS
12                                       )
              Plaintiff,                 )   **REQUEST FOR JUDICIAL**
13                                       )   **NOTICE**
                                         )
14       vs.                             )
                                         )
15                                       )
   8 Figure Dream Lifestyle, LLC a       )
16 Wyoming Limited Liability Company;    )   [*The Honorable Magistrate Judge Schopler*]
                                         )
17 Fast Advance Funding, LLC a           )
18 Pennsylvania Limited Liability        )
   Company;                              )
19 *et al.*                              )
                                         )
20            Defendants.                )
                                         )
21 _____

22      May it please the Court, Plaintiff Anton Ewing hereby respectfully request

23 that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of

24 the following documents:

25

               PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE - 1

                                                              18CV1063

**EXHIBIT A:** ECF docket in TCPA class action against Fast Advance Funding, LLC, pending case: 17-CV-05753-AB-JC, Central District of California showing Kimberly Wright as the sole attorney of record for FAF.

Kimberly Wright claimed in this case at bar that she was fired by FAF and therefore needed to be relieved. Yet, she is still the attorney of record in a pending TCPA class action with Todd Friedman's law firm.

Judicial notice is proper because the documents for which this Request is made are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be question." Fed. R. Evid. 201(b)(2); *Lee v. City of Los Angeles,* 250 F.3d 668, 689-90 (9th Cir. 2001) (taking judicial notice of a state court's records); *Brooks v. Alameda,* 446 F.Supp.2d 1179, 1182 (S.D. Cal. 2006) (taking judicial notice of court file, including any orders by the court, in earlier related action).

Judicially noticed facts often consist of matters of public record, such as prior court proceedings. The Court may take judicial notice of matters of the public record including pleadings, decisions, orders and other documents filed in another court. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006) (a court may take judicial notice of court filings and other matters of public record); *see also Kurtcu v. U.S. Parking, Inc.,* No. 08-2113. Federal courts may "take notice of proceedings in other courts, both within and without the

18CV1063

federal judicial system, if those proceedings have a direct relation to the matters at issue." *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.,* 971 F.2d 244, 248 (9th Cir. 1992).

In the Ninth Circuit, district courts may even take judicial notice of documents that the pleadings don't mention, provided the documents are integral to the plaintiff claim. *See*, *e.g., Parring v. FHP, Inc.,* 146 F.3d 699 (1998). The document Plaintiff seek to judicially notice is integral to Plaintiff's TCPA claim because it conclusively establishes that FAF is still employing Kimberly Wright in another TCPA class action pending in the Central District of California.

Dated:  June 26, 2019

Anton Ewing
_/S/ Anton Ewing_
Anton Ewing, Plaintiff
Plaintiff in Pro per
Anton@AntonEwing.com

18CV1063

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# Exhibit A

18CV1063

ACCO,(JCx),DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:17-cv-05753-AB-JC

Terry Fabricant v. Fast Advance Funding, LLC et al
Assigned to: Judge Andre Birotte Jr
Referred to: Magistrate Judge Jacqueline Chooljian
Demand: $5,000,000
Cause: 47:0227 Violation of Telephone Consumer Protection Act

Date Filed: 08/03/2017
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Terry Fabricant**
*individually and on behalf of all others similarly situated*

represented by **Todd M Friedman**
Law Office of Todd M Friedman PC
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367-7104
323-306-4234
Fax: 866-633-0228
Email: tfriedman@toddflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adrian Robert Bacon**
Law Offices of Todd M Friedman PC
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
866-598-5042
Fax: 866-633-0228
Email: abacon@toddflaw.com
*ATTORNEY TO BE NOTICED*

**Meghan Elisabeth George**
Law Offices of Todd M Friedman PC
21550 Oxnard Street Suite 780

Woodland Hills, CA 91367
877-206-4741
Fax: 866-633-0228
Email: mgeorge@toddflaw.com
*ATTORNEY TO BE NOTICED*

**Thomas Edward Wheeler**
Law Offices of Todd M Friedman
PC
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
877-206-4741
Fax: 866-633-0228
Email: twheeler@toddflaw.com
*ATTORNEY TO BE NOTICED*

**Yoel Shaul Hanohov**
The Law Offices of Todd M
Friedman PC
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
877-206-4741
Fax: 866-633-0228
Email:
yoel.hanohov@toddflaw.com
*TERMINATED: 09/14/2018*

V.

**Defendant**

**Fast Advance Funding, LLC**          represented by     **Amelia L B Sargent**
Willenken Wilson Loh and
Delgado LLP
707 Wilshire Boulevard Suite
3850
Los Angeles, CA 90017
213-955-9240
Fax: 213-955-9250
Email: asargent@willenken.com
*TERMINATED: 08/03/2018*
*LEAD ATTORNEY*

**Kimberly Wright**
Kimberly A Wright Law Office
120 Tustin Avenue C-1033
Newport Beach, CA 92663
424-645-0140
Fax: 424-645-0745
Email:
kimberly@revolvelawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A Delgado**
DTO Law
555 West 5th Street 35th Floor
Los Angeles, CA 90013
213-335-6999
Fax: 213-335-7082
Email: wdelgado@dtolaw.com
*TERMINATED: 08/03/2018*
*LEAD ATTORNEY*

**Defendant**

**Does**
*1 through 10, inclusive*

**Defendant**

**Jamie McElhone**
*TERMINATED: 12/16/2017*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2017 | 1 | COMPLAINT Receipt No: 0973-20294791 - Fee: $400, filed by Plaintiff Terry Fabricant. (Attorney Todd M Friedman added to party Terry Fabricant(pty:pla))(Friedman, Todd) (Entered: 08/03/2017) |
| 08/03/2017 | 2 | CIVIL COVER SHEET filed by Plaintiff Terry Fabricant. (Friedman, Todd) (Entered: 08/03/2017) |
| 08/03/2017 | 3 | NOTICE of Interested Parties filed by plaintiff Terry Fabricant, (Friedman, Todd) (Entered: 08/03/2017) |
| 08/03/2017 | 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil |

| | | |
|---|---|---|
| | | Case Opening) 1 filed by Plaintiff Terry Fabricant. (Friedman, Todd) (Entered: 08/03/2017) |
| 08/04/2017 | 5 | NOTICE OF ASSIGNMENT to District Judge Andre Birotte Jr and Magistrate Judge Jacqueline Chooljian. (ghap) (Entered: 08/04/2017) |
| 08/04/2017 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 08/04/2017) |
| 08/04/2017 | 7 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Fast Advance Funding, LLC. (ghap) (Entered: 08/04/2017) |
| 11/14/2017 | 8 | MINUTES (IN CHAMBERS) Order To Show Cause Regarding Dismissal for Lack of Prosecution by Judge Andre Birotte Jr: The Court, on its own motion, orders Plaintiff(s) to show cause, in writing, on or before 11/28/2017, why this action should not be dismissed for lack of prosecution. The Order to Show Cause will stand submitted upon the filing of Plaintiff(s) response. Failure to respond to this Order to Show Cause will be deemed consent to the dismissal of the action. Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a Defendant within 90 days after the complaint is filed. Plaintiff(s) have failed to file a proof of service within 90 days of the filing of the Complaint on the following Defendant(s): Fast Advance Funding, LLC. Plaintiff(s) can satisfy this order by showing that service was effectuated within the 90 day deadline or by showing good cause for the failure to do so. Court Reporter: N/A. (gk) (Entered: 11/15/2017) |
| 11/15/2017 | 9 | PROOF OF SERVICE Executed by Plaintiff Terry Fabricant, upon Defendant Fast Advance Funding, LLC served on 8/23/2017, answer due 9/13/2017. Service of the Summons and Complaint were executed upon John Doe, Authorized to Accept in compliance with Federal Rules of Civil Procedure by substituted service at business address and by also mailing a copy.Original Summons NOT returned. (Friedman, Todd) (Entered: 11/15/2017) |
| 11/15/2017 | 10 | FIRST AMENDED COMPLAINT against Defendant All Defendants amending Complaint (Attorney Civil Case Opening) 1 , filed by Plaintiff Terry Fabricant(Friedman, Todd) (Entered: 11/15/2017) |
| 11/15/2017 | 11 | Request for Clerk to Issue Summons on Amended |

| | | |
|---|---|---|
| | | Complaint/Petition 10 filed by Plaintiff Terry Fabricant. (Friedman, Todd) (Entered: 11/15/2017) |
| 11/16/2017 | 12 | (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE. On November 15, 2017, the Court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on November 15, 2017. The Court deems that response satisfactory, and orders the Order to Show Cause discharged.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cb) TEXT ONLY ENTRY (Entered: 11/16/2017) |
| 11/17/2017 | 13 | 21-DAY Summons Issued re First Amended Complaint 10 as to Defendants Fast Advance Funding, LLC, Jamie McElhone, and Does 1 through 10, inclusive. (gk) (Entered: 11/17/2017) |
| 12/16/2017 | 14 | NOTICE OF DISMISSAL filed by plaintiff Terry Fabricant pursuant to FRCP 41a(1) as to Jamie McElhone. (Friedman, Todd) (Entered: 12/16/2017) |
| 12/22/2017 | 15 | NOTICE OF DISMISSAL filed by plaintiff Terry Fabricant pursuant to FRCP 41a(1) *amended* as to Jamie McElhone. (Friedman, Todd) (Entered: 12/22/2017) |
| 12/22/2017 | 16 | WAIVER OF SERVICE Returned Executed filed by plaintiff Terry Fabricant. upon Fast Advance Funding, LLC waiver sent by Plaintiff on 12/18/2017, answer due 2/16/2018. Waiver of Service signed by William Delgado. (Friedman, Todd) (Entered: 12/22/2017) |
| 02/13/2018 | 17 | STIPULATION Extending Time to Answer the complaint as to Fast Advance Funding, LLC answer now due 3/16/2018, re Amended Complaint/Petition 10 filed by defendant Fast Advance Funding, LLC.(Attorney Amelia L B Sargent added to party Fast Advance Funding, LLC(pty:dft))(Sargent, Amelia) (Entered: 02/13/2018) |
| 02/26/2018 | 18 | Notice of Appearance or Withdrawal of Counsel: for attorney William A Delgado counsel for Defendant Fast Advance Funding, LLC. Adding William A. Delgado as counsel of record for Defendant Fast Advance Funding, LLC for the reason indicated in the G-123 Notice. Filed by Defendant Fast Advance Funding, LLC. (Attorney William A Delgado added to party Fast Advance Funding, LLC(pty:dft))(Delgado, William) (Entered: 02/26/2018) |

| 03/16/2018 | 19 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Fed. R. Civ. P. 12(B)(2)* filed by defendant Fast Advance Funding, LLC. Motion set for hearing on 4/13/2018 at 10:00 AM before Judge Andre Birotte Jr. (Attachments: # 1 Declaration of Lisa McElhone) (Sargent, Amelia) (Entered: 03/16/2018) |
|---|---|---|
| 03/17/2018 | 20 | First STIPULATION for Extension of Time to File Motion for Class Certification filed by plaintiff Terry Fabricant. (Attachments: # 1 Proposed Order)(Friedman, Todd) (Entered: 03/17/2018) |
| 03/19/2018 | 21 | NOTICE OF MOTION AND MOTION to Certify Class filed by plaintiff Terry Fabricant. Motion set for hearing on 2/22/2019 at 10:00 AM before Judge Andre Birotte Jr. (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Proposed Order) (Friedman, Todd) (Entered: 03/19/2018) |
| 03/21/2018 | 22 | NOTICE OF LODGING filed *of [Proposed] Order* re NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Fed. R. Civ. P. 12(B)(2)* 19 (Attachments: # 1 Exhibit A - Proposed Order)(Sargent, Amelia) (Entered: 03/21/2018) |
| 03/22/2018 | 23 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: NOTICE OF MOTION AND MOTION to Certify Class 21 . The following error(s) was/were found: Hearing information is missing, incorrect, or not timely. The docket does not yet reflect the Court's Order on the parties' Stipulation to continue plaintiff's deadline under Local Rule 23-3 to file the Motion for Class Certification, noting that this Motion for Class Certification is noticed for hearing on 2/22/2019 at 10:00 AM In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 03/22/2018) |
| 03/22/2018 | 26 | ORDER GRANTING STIPULATION EXTENDING PLAINTIFFS DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION (L.R. 23-3) by Judge Andre Birotte Jr. (yl) (Entered: 03/26/2018) |
| 03/23/2018 | 24 | ORDER SETTING SCHEDULING CONFERENCE by Judge Andre Birotte Jr. Scheduling Conference set for 7/6/2018 at 10:00 AM before Judge Andre Birotte Jr. (cb) (Entered: 03/23/2018) |

| 03/23/2018 | 25 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Fed. R. Civ. P. 12(B)(2)* 19 filed by Plaintiff Terry Fabricant. (Attachments: # 1 Declaration)(Friedman, Todd) (Entered: 03/23/2018) |
|---|---|---|
| 03/30/2018 | 27 | REPLY in support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Pursuant to Fed. R. Civ. P. 12(B)(2)* 19 filed by Defendant Fast Advance Funding, LLC. (Sargent, Amelia) (Entered: 03/30/2018) |
| 04/10/2018 | 28 | NOTICE TO PARTIES by U.S. Magistrate Judge Jacqueline Chooljian. Effective, April 11, 2018, Judge Chooljian will be located at the Edward R. Roybal Federal Building and U.S. Courthouse ("Roybal Building"), located at 255 East Temple Street, Los Angeles, California 90012. All Court appearances shall be made in Courtroom 750 on the 7th floor of the Roybal Building. All mandatory chambers copies shall be hand delivered to the judge's mail box located outside of the Clerk's Office on the 12th floor of the Roybal Building. Paper civil and criminal documents exempted from electronic filing shall be filed in Room 180 on the Terrace Level of the Roybal Building. Magistrate Judge Chooljian's Courtroom Deputy Clerk, Kerri Hays, may be reached at (213) 894-2921. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrey) TEXT ONLY ENTRY (Entered: 04/10/2018) |
| 04/12/2018 | 29 | (IN CHAMBERS) ORDER TAKING DEFENDANT FAST ADVANCE FUNDING, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (DKT. 19 ) UNDER SUBMISSION by Judge Andre Birotte Jr.: The Court has considered the matters raised with respect to the Motion and has concluded that pursuant to Local Rule 7.15, the matter can be decided without oral argument. The Court advises counsel that the Motion, noticed for hearing on April 13, 2018, has been taken under submission and off its motion calendar. No appearance by counsel is necessary. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cb) TEXT ONLY ENTRY (Entered: 04/12/2018) |
| 04/26/2018 | 30 | ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION 19 by Judge Andre Birotte Jr. See document for details. (gk) (Entered: 04/26/2018) |
| 05/17/2018 | 31 | NOTICE OF MOTION AND MOTION to Withdraw as Counsel filed by Defendant Fast Advance Funding, LLC. Motion set for |

| | | |
|---|---|---|
| | | hearing on 6/22/2018 at 10:00 AM before Judge Andre Birotte Jr. (Attachments: # 1 Declaration of William A. Delgado, # 2 Proposed Order) (Delgado, William) (Entered: 05/17/2018) |
| 06/22/2018 | 32 | NOTICE of Appearance filed by attorney Yoel Shaul Hanohov on behalf of Plaintiff Terry Fabricant (Attorney Yoel Shaul Hanohov added to party Terry Fabricant(pty:pla))(Hanohov, Yoel) (Entered: 06/22/2018) |
| 06/22/2018 | 33 | MINUTES OF Motion Hearing held before Judge Andre Birotte Jr. RE: Defendant Fast Advance Funding LLC's Counsel, Willenken Wilson Loh & Delgado LLP's Motion to Withdraw as Counsel 31 . The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called. The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission. Defendant shall submit, Under Seal, the documents as discussed in Court and on the record by no later than 6/25/2018. Court Reporter: Chia Mei Jui. (gk) (Entered: 06/25/2018) |
| 06/25/2018 | 34 | NOTICE OF LODGING filed *re: Federal Express confirmation* re Order on Motion to Withdraw,,, Motion Hearing,, 33 (Attachments: # 1 Exhibit A)(Delgado, William) (Entered: 06/25/2018) |
| 06/25/2018 | 35 | SEALED DOCUMENT *E-mail between William Delgado and Norman Valz* re Order on Motion to Withdraw,,, Motion Hearing,, 33 filed by Defendant Fast Advance Funding, LLC. (Attachments: # 1 Exhibit A)(Delgado, William) (Entered: 06/25/2018) |
| 06/26/2018 | 36 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL by Judge Andre Birotte Jr.: The Court GRANTS Willenken Wilson Loh & Delgado LLP's Motion to Withdraw as Counsel for Defendant Fast Advance Funding, LLC 31 . Counsel is ORDERED to send by registered mail a copy of this Order to Defendant at its last known address by 7/6/2018. As an LLC, Defendant may not appear pro se. Defendant shall obtain new counsel and have such new counsel file an appearance by 8/3/2018. Defendant is notified that if it fails to obtain new counsel, it may be subject to default proceedings. Willenken Wilson Loh & Delgado LLP will remain listed as counsel for Defendant on the docket until 8/3/2018, or until Defendant's new counsel has filed a notice of appearance, whichever occurs first. |

| | | |
|---|---|---|
| | | The Scheduling Conference is continued to 9/14/2018 at 10:00 AM. (gk) (Entered: 06/27/2018) |
| 07/10/2018 | 37 | NOTICE OF LODGING filed *re: Registered Mail Delivery Receipt and Confirmation* re Order on Motion to Withdraw,,, 36 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Delgado, William) (Entered: 07/10/2018) |
| 08/06/2018 | 38 | ANSWER to Amended Complaint/Petition 10 filed by Defendant Fast Advance Funding, LLC.(Attorney Kimberly Wright added to party Fast Advance Funding, LLC(pty:dft))(Wright, Kimberly) (Entered: 08/06/2018) |
| 08/31/2018 | 39 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 4-5 Days, filed by Plaintiff Terry Fabricant.. (Attachments: # 1 Exhibit Scheduling Exhibit)(Friedman, Todd) (Entered: 08/31/2018) |
| 09/06/2018 | 40 | (IN CHAMBERS) ORDER by Judge Andre Birotte Jr.: The Court has reviewed the Joint Rule 26(f) Report submitted by the parties, and determines that an in-person Scheduling Conference is unnecessary. Accordingly, the Court VACATES the September 14, 2018, Scheduling Conference. Order re Jury/Court Trial to issue. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cb) TEXT ONLY ENTRY (Entered: 09/06/2018) |
| 09/06/2018 | 41 | ORDER/REFERRAL to ADR Procedure No 3 by Judge Andre Birotte Jr. Case ordered to a private mediator based upon a stipulation of the parties or by the court order. ADR Proceeding to be held no later than 12/2/2019. (cb) (Entered: 09/06/2018) |
| 09/06/2018 | 42 | ORDER RE JURY/COURT TRIAL: I. SCHEDULE; II. TRIAL PREPARATION; III. CONDUCT OF ATTORNEYS AND PARTIES by Judge Andre Birotte Jr.: Jury Trial set for 3/17/2020 08:30 AM before Judge Andre Birotte Jr. Final Pretrial Conference and Hearing on Motions in Limine set for 2/7/2020 11:00 AM before Judge Andre Birotte Jr. Last Date to Hear Motion to Amend Pleadings/Add Parties 12/14/2018. Non-Expert Discovery cut-off 10/11/2019. Last Date to Hear Motions 11/8/2019. Deadline to Complete Settlement Conference 12/2/2019. Trial Filings (first round): Motions In Limine, Memoranda of Contentions of Fact and Law, Witness Lists, Joint Exhibit List, Joint Status Report Regarding Settlement due by 1/17/2020. Trial Filings (second round): Oppositions to Motions In Limine, Joint Proposed Final |

| | | |
|---|---|---|
| | | Pretrial Conference Order due by 1/24/2020. See document for further details. (gk) (Entered: 09/06/2018) |
| 09/14/2018 | <u>43</u> | Notice of Appearance or Withdrawal of Counsel: for attorney Todd M Friedman counsel for Plaintiff Terry Fabricant. Yoel Shaul Hanohov is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiff plaintiff. (Friedman, Todd) (Entered: 09/14/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/26/2019 10:42:48 | | |
| **PACER Login:** | anton171:3005135:0 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 2:17-cv-05753-AB-JC End date: 6/26/2019 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

## PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter and an authorized CM/ECF user by court order in other matters.  I have filed this request for judicial notice and had it served on Defendants as follows:

**18-CV-01063-AJB-AGS Notice has been electronically mailed to:**

I have also emailed a copy of this document to Defendant directly at the email address he uses to communicate with me at:

Email: None

and by US Mail, postage pre-paid, first class to:

**Kimberly A. Wright**
Revolve Law Group, LLP
2601 Main Street
Suite 1200
Irvine, CA 92614
833-775-4557
Fax: 888-711-7710
Email: Kimberly@revolvelawgroup.com

Bryan D. Trader, Esq
Jason Ingber, Esq
Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071-1514
213-457-8000
Fax: 213-457-8080
Email: BTrader@reedsmith.com

As well as all other CM/ECF users registered in this matter.

I swear under penalty of perjury that the above was served as stated.
Dated:  June 26, 2019

/S/ *Anton Ewing*
Anton Ewing

18CV1063