Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff in Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual, | Case No. 3:18-CV-01063-AJB-AGS |
| Plaintiff, | **DECLARATION OF ANTON EWING** |
| vs. | |
| 8 Figure Dream Lifestyle, LLC a Wyoming Limited Liability Company; | [*The Honorable Magistrate Judge Schopler*] |
| Fast Advance Funding, LLC a Pennsylvania Limited Liability Company; *et al.* | |
| Defendants. | |

May it please the Court, Plaintiff Anton Ewing hereby respectfully makes the following declaration under penalty of perjury under the laws of the United States as following:

1. I am over the age of 18 and I have personal knowledge of the facts herein.

2. On July 11, 2019, the Honorable Judge Bataglia and the Honorable Judge Schopler each held hearings in which Defendant Fast Advance Funding, LLC was to personally appear.

3. Both Judges asked attorney Kimberly A. Wright if she had heard anything from her client/former client, Fast Advance Funding.

4. Ms. Wright stated, on the record in open court, that she had not been in communication with her client, Fast Advance Funding, since she was terminated and filed a motion to withdraw on June 13, 2019, except that they acknowledged receipt of the order to show up for said hearing. See ECF No. 116. Dan Ring, Esq, is in-house counsel for FAF.

5. The attached email exhibit conclusively establishes that Ms. Wright was in fact in communication with her client on June 17 and on June 24, 2019. See B&P §6128 and B&P §6068(d).

6. Ms. Wright is still the sole attorney of record for Fast Advance Funding in the pending central district TCPA lawsuit, 2:17-cv-05753-AB-JC.

Dated: July 18, 2019

Anton Ewing
/S/ Anton Ewing
Anton Ewing, Plaintiff
Plaintiff in Pro per

DECLARATION OF ANTON EWING - 2

18CV1063

# PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter and an authorized CM/ECF user by court order in other matters. I have filed this request for DECLARATION OF ANTON EWING and had it served on Defendants as follows:

**18-CV-01063-AJB-AGS Notice has been electronically mailed to:**

by US Mail, postage pre-paid, first class to:

**Kimberly A. Wright**
Revolve Law Group, LLP
2601 Main Street
Suite 1200
Irvine, CA 92614
833-775-4557
Fax: 888-711-7710
Email: Kimberly@revolvelawgroup.com

Fast Advance Funding, LLC
20 N. 3rd Street
Philadelphia, PA 19106

Bryan D. Trader, Esq
Jason Ingber, Esq
Reed Smith LLP
355 South Grand Avenue, Suite 2800
Los Angeles, CA 90071-1514

As well as all other CM/ECF users registered in this matter.

I swear under penalty of perjury that the above was served as stated.
Dated: July 18, 2019

/S/ *Anton Ewing*
Anton Ewing

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# Exhibit A

DECLARATION OF ANTON EWING - 4

 Stark S <seoresearchdata@gmail.com>

## Fwd: Payment Received on Past Due Invoices; Current Invoice Remaining

2 messages

---

**Kimberly A. Wright** <kimberly@revolvelawgroup.com>  Mon, Jun 24, 2019 at 4:25 PM
To: seoresearchdata@gmail.com

See below.

And please do not contact me again on this matter.

Best,
Kimberly



**Kimberly A. Wright, Esq.**
Partner

**Revolve Law Group, LLP**
2601 Main Street
Suite 1200
Irvine, California 92614
T 833.775.4557
F 888.711.7710
kimberly@revolvelawgroup.com
www.revolvelawgroup.com

NOTICE: The information contained in this transmission is privileged, confidential, and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in the reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify Revolve Law Group LLP by reply e-mail or telephone and destroy the original message. Thank you.

Begin forwarded message:

**From:** "Kimberly A. Wright" <kimberly@revolvelawgroup.com>
**Subject: Re: Payment Received on Past Due Invoices; Current Invoice Remaining**
**Date:** June 24, 2019 at 11:28:06 AM PDT
**To:** Dan Ring <DRing@parfunding.com>
**Cc:** Joe Cole <joecole@parfunding.com>

Hello Dan & Joe,

Do you have any update regarding the outstanding invoice?

Best,
Kimberly



**Kimberly A. Wright, Esq.**
Partner

**Revolve Law Group, LLP**
2601 Main Street
Suite 1200
Irvine, California 92614
T 833.775.4557
F 888.711.7710
kimberly@revolvelawgroup.com
www.revolvelawgroup.com

NOTICE: The information contained in this transmission is privileged, confidential, and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in the reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify Revolve Law Group LLP by reply e-mail or telephone and destroy the original message. Thank you.

On Jun 17, 2019, at 10:30 AM, Kimberly Wright <kimberly@revolvelawgroup.com> wrote:

Hi Dan,

I wanted to confirm that I received a wire in the amount of $1830. It was not enough to pay the outstanding invoices but as you can see on the attached ledgers, we just went ahead and reduced the amount owed.

Now all that is remaining is the current invoice dated 6/13/19 in the amount of $4145.

I went ahead and filed the motion to withdraw in the Ewing case. It is still pending with the Court and the moment that the Court issues an Order I will send it your way.

Best,
Kimberly

<TRUST Balance_FAST ADVANCE.pdf>
<TRUST Balance_CBSG INC..pdf>


Best,
Kimberly


<REVOLVE_LAW_GROUP_ANIMATION_180514_100px.gif>


**Kimberly A. Wright, Esq.**
Partner

**Revolve Law Group, LLP**
2601 Main Street
Suite 1200
Irvine, California 92614
T 833.775.4557
F 888.711.7710
kimberly@revolvelawgroup.com
www.revolvelawgroup.com

NOTICE: The information contained in this transmission is privileged, confidential, and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in the reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify Revolve Law Group LLP by reply e-mail or telephone and destroy the original message. Thank you.

---

**Stark** <seoresearchdata@gmail.com>   Thu, Jul 18, 2019 at 12:33 PM
To: DRing@parfunding.com