KIMBERLY A. WRIGHT, ESQ. (265899)
**REVOLVE LAW GROUP LLP**
2601 Main Street, Suite 1200
Irvine, CA 92614
T: 833-775-4557; F: 888-711-7710

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual,<br><br>     PLAINTIFF,<br><br>vs.<br><br>8 FIGURE DREAM LIFESTYLE, LLC, RICHARD WALDMAN, R. SCOTT INTERNATIONALC CORP., FAST ADVANCE FUNDING, LLC, ANTHONY GIBSON, FIRST PREMIER FUNDING, LLC, ANTHONY J. GAGLIO, FIRRST UNION LENDING, LLC, TIMUR SHAMSUTDINOW, FIG CAPITAL, LLC, MICHAEL SCARPACI, PREMIUM MERCHANT FUNDING, ONE, LLC and ELIE GOLSHAM,<br><br>     DEFENDANTS. | Case No.: 3:18-CV-01063-AJB-AGS<br>Hon. Anthony J. Battaglia<br><br>**DECLARATION OF KIMBERLY A. WRIGHT FILED IN RESPONSE TO DOCKET ENTRY #129** |

**DECLARATION OF KIMBERLY A. WRIGHT IN RESPONSE TO DOCKET ENTRY #129**

1

# DECLARATION OF KIMBERLY A. WRIGHT

I, Kimberly A. Wright, declare as follows:

1.  I am a partner in the Irvine law firm of Revolve Law Group LLP ("Revolve"), a member of the State Bar of California and licensed to practice in all courts in the State. I make this declaration of my own personal knowledge, and I am competent to testify to the matters set forth herein.

2.  This declaration is submitted in response to the Declaration of Anton Ewing, Docket Entry No. 129.

3.  On June 24, 2019, Magistrate Judge Schopler held an Early Neutral Evaluation. I did not attend as on June 12, 2019 my representation of Defendant Fast Advance Funding, LLC ("Fast Advance") in this matter had terminated.

4.  Due to my non-appearance at the ENE, on June 24, 2019 at 4:11 p.m. Plaintiff Anton Ewing ("Ewing") sent me a taunting email. I responded to his email informing him that I no longer represent Fast Advance. See Exhibit A, attached hereto. My email to Ewing bounced back as he immediately blocked me after sending his email. Ewing has routinely blocked me from utilizing email to communicate with him. He, however, will unblock me and send emails intended to annoy and harass.

5.  I then went to forward my email to Ewing's other known email address, seosearchdata@gmail.com which he keeps under the name "Stark," and for some unknown reason my prior email linked to an email that I sent to Fast Advance earlier that day asking for an update on a past due balance. When I went to file the email in the appropriate folder I saw that I mistakenly emailed it to Ewing. I immediately emailed Ewing and instructed him to delete it. See Exhibit B, attached hereto.

6.  Now Ewing is using the email to essentially charge me with perjury. Obviously, no perjury has occurred. The emails Ewing relies are simply evidence of my repeated attempts to contact Fast Advance because I continually get no

REVOLVE LAW GROUP LLP
2601 Main Street., Suite 1200
Irvine, California 92614

response. Thus, supporting my statement to this Court that myself (and Revolve) and Fast Advance had irreconcilable issues between us relating to my prior representation of Fast Advance in this matter.

7. Further, Ewing's declaration, pg. 2, ¶4 is a misrepresentation to this Court. Ewing states that I informed the Court that I had not been in communication with Fast Advance. This is untrue. I told Honorable Judge Battaglia and Honorable Magistrate Judge Schopler that I had provided notice of both hearing dates and Orders to Fast Advance and I received no information from the prior client regarding whether they would attend the hearings or find substitute counsel for the instant action. Clearly, this was a communication.

8. Ewing has repeatedly been admonished by this Court for "clogging up the Court with filings and contentions that do not advance the litigation." See, e.g., ECF No. 155, *Ewing v. K2 Property Development et al.,* Case No. 16cv678-LAB (AGS), attached hereto as Exhibit C.

9. Ewing should now be admonished and his declaration (ECF No. 129) *sua sponte* stricken from the record since he improperly utilized a confidential attorney email to a prior client to claim that the attorney committed a misdemeanor and engaged in deceptive conduct. See Fed. R. Civ. P. 12(f)(1). This behavior must not be tolerated.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed in Irvine, California.

Dated: July 19, 2019              **REVOLVE LAW GROUP LLP**

                                               By: __/s/ *Kimberly A. Wright*____
                                                      Kimberly A. Wright

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: __/s/ *Kimberly A. Wright*____
 Kimberly A. Wright

# EXHIBIT "A"

**From:** Kimberly A. Wright kimberly@revolvelawgroup.com
**Subject:** Re: ENE
**Date:** June 24, 2019 at 4:25 PM
**To:** anton@antonewing.com



If you were a licensed attorney and subject to the Rules of Professional Conduct for lawyers, you would not be sending me this email.

I no longer represent FAF. My representation was terminated. As such, I cannot appear in Court on their behalf.

Kimberly



**Kimberly A. Wright, Esq.**
Partner

**Revolve Law Group, LLP**
2601 Main Street
Suite 1200
Irvine, California 92614
T 833.775.4557
F 888.711.7710
kimberly@revolvelawgroup.com
www.revolvelawgroup.com

NOTICE: The information contained in this transmission is privileged, confidential, and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in the reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify Revolve Law Group LLP by reply e-mail or telephone and destroy the original message. Thank you.

On Jun 24, 2019, at 4:11 PM, Anton A. Ewing <anton@antonewing.com> wrote:

You did not show up to the court ordered, mandatory hearing

and you even tried to get out of it and were ordered to show up yet still

two orders?  wow


Regards,

Anton A. Ewing

Circular 230 Disclaimer: To ensure compliance with Treasury Regulations governing written tax advice, please be advised that any tax advice included in this communication, including any attachments, is not intended, and cannot be used, for the purpose of (i) avoiding any federal tax penalty or (ii) promoting, marketing, or recommending any transaction or matter to another person.  I am not an attorney.

The information contained in this electronic mail message is confidential information (26 USC §7525)intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us, and delete the original message. Thank you.  This email does not authorize you to call me for SOLICITATION.  This email is not consent to TELEMARKET my phone number.  Any calls without express authorized consent shall be treated as a violation of 47 USC §227. All calls are recorded.

# EXHIBIT "B"

**From:** Kimberly A. Wright kimberly@revolvelawgroup.com
**Subject:** Fwd: ENE
**Date:** June 24, 2019 at 4:47 PM
**To:** seoresearchdata@gmail.com



Anton,

The prior email was sent in error. That contains attorney/client information. Please immediately delete.

The email that was meant to be forwarded to you is below.

Best,
Kimberly



**Kimberly A. Wright, Esq.**
Partner

**Revolve Law Group, LLP**
2601 Main Street
Suite 1200
Irvine, California 92614
T 833.775.4557
F 888.711.7710
kimberly@revolvelawgroup.com
www.revolvelawgroup.com

NOTICE: The information contained in this transmission is privileged, confidential, and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in the reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify Revolve Law Group LLP by reply e-mail or telephone and destroy the original message. Thank you.

Begin forwarded message:

**From:** "Kimberly A. Wright" <kimberly@revolvelawgroup.com>
**Subject: Re: ENE**
**Date:** June 24, 2019 at 4:25:08 PM PDT
**To:** anton@antonewing.com

If you were a licensed attorney and subject to the Rules of Professional Conduct for lawyers, you would not be sending me this email.

I no longer represent FAF. My representation was terminated. As such, I cannot appear in Court on their behalf.

Kimberly





**Kimberly A. Wright, Esq.**
Partner

**Revolve Law Group, LLP**
2601 Main Street
Suite 1200
Irvine, California 92614
T 833.775.4557
F 888.711.7710
kimberly@revolvelawgroup.com
www.revolvelawgroup.com

NOTICE: The information contained in this transmission is privileged, confidential, and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in the reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify Revolve Law Group LLP by reply e-mail or telephone and destroy the original message. Thank you.

On Jun 24, 2019, at 4:11 PM, Anton A. Ewing <anton@antonewing.com> wrote:

You did not show up to the court ordered, mandatory hearing

and you even tried to get out of it and were ordered to show up yet still

two orders?  wow



Regards,

Anton A. Ewing



Circular 230 Disclaimer: To ensure compliance with Treasury Regulations governing written tax advice, please be advised that any tax advice included in this communication, including any attachments, is not intended, and cannot be used, for the purpose of (i) avoiding any federal tax penalty or (ii) promoting, marketing, or recommending any transaction or matter to another person.  I am not an attorney.

The information contained in this electronic mail message is confidential information (26 USC §7525)intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any

dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us, and delete the original message. Thank you.  This email does not authorize you to call me for SOLICITATION.  This email is not consent to TELEMARKET my phone number.  Any calls without express authorized consent shall be treated as a violation of 47 USC §227. All calls are recorded.

# EXHIBIT "C"

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, <br><br>Plaintiff, <br><br>vs. <br><br>K2 PROPERTY DEVELOPMENT, LLC, and DANIEL KLEIN, <br><br>Defendants. | CASE NO. 16cv678-LAB (AGS) <br><br>**ORDER STRIKING PLAINTIFF'S OPPOSITION;** <br><br>**ORDER VACATING HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS; AND** <br><br>**ORDER REVOKING AUTHORIZATION FOR PLAINTIFF TO FILE DOCUMENTS ELECTRONICALLY** |

In opposition to Defendant Daniel Klein's motion for judgment on the pleadings, Plaintiff Anton Ewing filed an opposition that violates a number of the Court's orders and applicable rules, and is grossly uncivil. It is replete with insults and baseless accusations against opposing counsel, her paralegal, and Klein.

Among other things, it accuses her of perjury and of suborning the unauthorized practice of law by her paralegal. It refuses to acknowledge her as having any role in filing the motion, and instead repeatedly refers her paralegal (and occasionally Klein personally) as the motion's proponents.

It also appears to make several misrepresentations to the Court. In particular, it inaccurately claims that in case 18cv429-WQH (JMA), *Ewing v. Readdick*, a particular argument Klein's motion advances was found to be frivolous. In that case, the only document calling Klein's argument frivolous was Ewing's own opposition to Klein's motion

- 1 -

to dismiss. Judge Hayes never admonished Klein for advancing a frivolous argument, as Ewing claims. And Judge Hayes later rejected Ewing's argument when he dismissed the complaint.

The opposition is over-length and violates this District's legibility requirements. *See* Civil Local Rule 5.1(a).  It also improperly incorporates a letter Ewing mailed to opposing counsel chiding her for purported errors in her motion. There is no good reason why this letter should have been included. *See* Standing Order, ¶ 14 (ordering attorneys and parties to refrain from sending the  Court copies of letters addressed to others). Both the contents of the letter, and the decision to include it only reflect badly on Ewing.

At a hearing on July 19, Magistrate Judge Averitte told Ewing to stop clogging up the Court with filings and contentions that do not advance the litigation. He also directed Ewing to stop making ad hominem attacks.  Although at the time Ewing said he understood and would abide by Judge Averitte's orders, his opposition flouts them.

The Court has authority *sua sponte* to strike impertinent or scandalous matter, *see* Fed. R. Civ. P. 12(f)(1), and to strike filed documents for violations of rules or Court orders. *See* Civil Local Rule 83.1(a).  The Court therefore **ORDERS** Ewing's opposition (Docket no. 152) is **STRICKEN**.   The hearing on that motion and other motions, currently on calendar for Monday, August 27, 2018, at 11:30 a.m. is **VACATED**.

Ewing may file a new opposition by **September 5, 2018**.  If Ewing fails to file an opposition when due, the Court may construe it as his consent to the motion's being granted. *See* Civil Local Rule 7.1(f)(3)(c).  Klein may, if he wishes, file an amended reply brief by **September 12**.

Ewing is **ORDERED** to comply with the civility requirements of Civil Local Rule 83.4, and with Fed. R. Civ. P. 11. That applies to the opposition to Klein's motion, and more generally to the way he conducts himself in connection with litigation in this Court.

/ / /

/ / /

/ / /

- 2 -

1  In other cases, Ewing's authorization to file documents electronically in the Court's
2  CM/ECF system has been revoked for similar abuses. The Court now **REVOKES** his
3  authorization in this case.

5  **IT IS SO ORDERED**.
6  DATED: August 22, 2018

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge