UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br>Plaintiff,<br>vs.<br>8 FIGURE DREAM LIFESTYLE, LLC, a Wyoming limited liability company, RICHARD WALDMAN, an individual, et al.,<br>Defendants. | Case No.: 18-cv-1063-AJB-AGS<br>**ORDER SUA SPONTE STRIKING DECLARATIONS OF ANTON EWING AND KIMBERLY A. WRIGHT**<br>(Doc. Nos. 129, 130) |

Pending before the Court are Anton Ewing's Declaration and Kimberly A. Wright's Declaration. (Doc. Nos. 129, 130.) The Court did not request the filing of these declarations and they are improper. Further, Mr. Ewing improperly relied upon an email that was mistakenly sent to him containing attorney-client confidential information as the basis of his declaration. Accordingly, the Court sua sponte **STRIKES** the declarations from the record. Additionally, the Court **ORDERS** Mr. Ewing to no longer contact Ms. Wright on this matter as she is no longer the attorney of record for Fast Advance Funding, LLC.

**IT IS SO ORDERED**.

Dated: July 25, 2019

Hon. Anthony J. Battaglia
United States District Judge