Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Jason M. Ingber (SBN 318323)
jingber@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
Premium Merchant Funding One, LLC,
Elie Golshan

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>8 Figure Dream Lifestyle, a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp, a Florida corporation; RFR Capital, LLC, a Delaware limited liability company; Robert Signore, an individual; Fast Advance Funding, LLC, a Pennsylvania limited liability company; Anthony Gibson, an individual; First Premier Funding, LLC, a Delaware limited liability company; Anthony J. Gaglio, an individual; First Union Lending, LLC, a Florida limited liability company; Timur Shamseutdinov, an individual; FIG Capital, LLC, a Delaware limited liability company; Michael Scarpaci, an individual; Premium Merchant Funding One, LLC, a New York limited liability company; Elie Golshan, an individual.<br><br>　　　　　　Defendants. | Case No. 3:18-cv-01063-AJB-AGS<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFNDANTS PREMIUM MERCHANT FUNDING ONE, LLC, AND ELIE GOLSHAN**<br><br>Honorable Anthony J. Battaglia |

Pursuant to Federal Rule of Civil Procedure 41 (a) (2), Defendants Premium Merchant Funding One, LLC and Elie Golshan ("Defendants") and Plaintiff Anton Ewing ("Plaintiff") stipulate that all remaining proceedings be dismissed with prejudice pursuant to a settlement agreement as referenced in Docket Number 120. Each party is to pay their own attorney's fees and costs.

The Parties have since reached an agreement to resolve the remaining disputes and the Parties therefore requests this Court dismiss this action with prejudice.

DATED: July 26, 2019                    REED SMITH LLP

                                        By: */s/ Jason Ingber*
                                            Abraham J. Colman
                                            Jason Ingber
                                            Attorneys for Defendants
                                            Premium Merchant Funding One, LLC
                                            and Elie Golshan

                                        PLAINTIFF IN PRO PER

                                         /s/ Anton Ewing
                                        Anton Ewing

### ATTESTATION OF SIGNATURE

I, Jason Ingber, am the ECF User whose ID and password were used to electronically file this **JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFNDANTS PREMIUM MERCHANT FUNDING ONE, LLC, AND ELIE GOLSHAN**. I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.

                                        */s/ Jason Ingber*
                                        Jason Ingber