

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing PRO SE ALLOWED TO E-FILE

**Plaintiff,**

**V.**

8 Figure Dream Lifestyle, LLC a Wyoming limited liability company; Richard Waldman, an individual; R. Scott International Corp., Florida corporation; Anthony Gibson an individual; First Premier Funding, LLC a Delaware limited liability company; Anthony J. Gaglio an individual; FIG Capital, LLC a Delaware limited liability company; Michael Scarpaci an individual; Kimberly A Wright

**Defendant.**

**Civil No.** 18-cv-01063-AJB-AGS

**DEFAULT**

The Court held a hearing on July 29, 2019 for Fast Advance to show cause as to why its answer should not be stricken from the record and why the Court should not enter default against Fast Advance. Fast Advance was previously warned by former counsel and court order that the consequences of failing to appear through counsel. Fast Advance failed to appear at the hearing. To date, Fast Advance has not filed a substitution of attorney. Now, therefore, the DEFAULT of the following Defendant is hereby entered: Fast Advance Funding, LLC a Pennsylvania limited liability company .

Entered On:

**JOHN MORRILL, Clerk of Court**

By: s/S. Mitchell

S. Mitchell, Deputy