Anton Ewing (Not an Attorney)
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff in Pro Per

FILED
JUL 27 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# THE UNITED STATES FEDERAL DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing, an individual,

    Plaintiff,

vs.

8 Figure Dream Lifestyle, LLC a Wyoming Limited Liability Company;

Fast Advance Funding, LLC a Pennsylvania Limited Liability Company;
et al.

    Defendants.

Case No. 3:18-CV-01063-AJB-AGS

**NOTICE OF DISMISSAL BY PLAINTIFF WITHOUT PREJUDICE**

Date: NA
Time: NA

TO THE CLERK OF THE COURT:

This is not a motion to a Judge. Pursuant to FRCP 41(a)(1)(A)(i) and based on the very recent US Supreme Court holding in *Facebook Inc vs. Duguid et al*, 2021 U.S. Lexis 1742, decided on April 1, 2021, regarding the definition of an

ATDS, Plaintiff Anton Ewing hereby dismisses Defendant's 8 Figure Dream; R. Scott International; Anthony Gibson; First Premier Funding; Anthony J. Gaglio; Fig Capital and Michael Scarpaci, without prejudice. Plaintiff hopes Congress will take notice of the Supreme Court's ruling and change the law to comport with ~~current telemarketing technology now 20 years later. Plaintiff further thanks the~~ Court for its time, effort and consideration. Plaintiff in no way and in no matter admits nor concedes that telemarketers are allowed to call him without express written consent.

Additionally, the docket reflects that this case has gone to "default judgment" but upon further investigation, that is not the case. *See* ECF No. 138.

Dated: July 26, 2021

Anton Ewing<br>
/S/ Anton Ewing<br>
Anton Ewing, Plaintiff<br>
Plaintiff in Pro per<br>
Anton@AntonEwing.com

## PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter and an authorized CM/ECF user by court order in other matters. I have filed this notice of dismissal and had it served on Defendants as follows:

**18-CV-01063-AJB-AGS Notice has been electronically mailed to:**

I have also emailed a copy of this document to Defendant directly at the email address he uses to communicate with me at:

and by US Mail, postage pre-paid, first class to:

**Kimberly A. Wright**
Revolve Law Group, LLP
2601 Main Street
Suite 1200
Irvine, CA 92614
833-775-4557
Email: Kimberly@revolvelawgroup.com

Bryan D. Trader
Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071-1514
213-457-8000

David J Kaminski
Carlson and Messer
5901 West Century Boulevard
Suite 1200
Los Angeles, CA 90045

As well as all other CM/ECF users registered in this matter.

I swear under penalty of perjury that the above was served as stated.
Dated: July 26, 2021

/S/ Anton Ewing
Anton Ewing

NOTICE OF DISMISSAL BY PLAINTIFF WITHOUT PREJUDICE - 3

18CV1063